Rebecca Berry-Rivetti Attachment _____

−N/S

Plaintiff:                          SAN DIEGO, CA

**Rebecca Berry-Rivetti**                    CASE # 2:21-cv-09712-SB
                                                      (RAOx)

San Diego, CA            **COMPLAINT**

### ELDER & DEPENDENT ADULT ABUSE

Defendants:                          **Demand for Jury Trial**

Daniel, A. Rivetti,

John P. Galanis, John Does, et.al.



FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 15 2021

CENTRAL DISTRICT OF CALIFORNIA
BY DVE                    DEPUTY

IFP Submitted

### AFFIDAVIT OF REBECCA BERRY-RIVETTI

I have and still am a prisoner in my home beginning 2015 to present.

Three beginnings of CO2 poisoning, and various other types of

poisonings and domestic abuse. The CO2 poisoning occurred in 1999 and

Rebecca Berry-Rivetti Attachment _____

in 2004 too. I was rarely sick or needed any medications prior to my

marrying Daniel A. Rivetti.  He hid it well until the wedding day.  His

immediate family knew. They new his history with his first wife.


***ALL THIS CONSPIRACY SO DANIEL A. RIVETTI COULD HIDE***

***MARITAL ASSETS.*** THE ATTORNEYS,   ALLOWED ME TO BE

DESTROYED  PHYSICALLY, FINANCIALLY, AND

EMOTIONALLY.   THEN  IMPRISONED BECAUSE OF SOMEONE

ELSE'S CRIMES!  I BEGGED THEIR OFFICES FOR HELP AFTER

THE SEXUAL ASSAULT BY DAN RIVETTI and the ATTEMPTED

MURDER BY STRANGULATION BY JOHN P. GALANIS.  I FIND IT

EXTREMELY DIFFICULT TO ACCEPT THE FACT SO MANY

PEOPLE ARE WILLING TO COVER UP SUCH A HEINOUS CRIME

OF TORTURE AND MULTIPLE ATTEMPTS AT ATTEMPTED

MURDER FOR FINANCIAL GAIN AND NOT TO EXPOSE THE

CORRUPTION COMMITTED BY SAN DIEGO COUNTY

EMPLOYEES AND THE PEOPLE WHO ARE SUPPOSE TO HELP

AND PROTECT THE VICTIMS.

Rebecca Berry-Rivetti Attachment _____

JUDGE MOK FORCED ME TO LIVE IN THE FAMILY HOME AFTER SHE

THREATENED TO APPOINT AN ELISOR AND DID NOT RECUSE

HERSELF AS THE BIAS WAS EVIDENT TO EVERYONE.   THAT IS

WHY WE WERE ALMOST ALWAYS LAST TO BE HEARD AND DENIED

ME ADEQUATE FUNDS TO SURVIVE.  I HAVE BEEN DENIED MY

CIVIL RIGHTS AND THE DUE PROCESS OF LAW.  SO I COULD

CONTINUED TO BE CONTROLLED AND IMPRISONED BY PHYSICAL

ABUSE, CO2 POISONING, DENIED MEDICAL CARE, EMOTIONAL

ABUSE, ENTRAPMENT, PARENTAL ALIENATION, SPREADING OF

PROPAGANDA, INTIMIDATION, SEXUAL ASSAULT AND

MOLESTATION, ISOLATION, ATTORNEY MISCONDUCT AND FRAUD

ON THE COURT.  MY BEING DISABLED BY VIOLENCE.  ALL

ALLOWING DANIEL A. RIVETTI PLENTY OF TIME TO LIQUIDATE

AND HIDE ASSETS.  HE HAS PLENTY OF HELP FROM JOHN P.

GALANIS AND FAMILY MEMBERS FROM BOTH IMMEDIATE

FAMILIES. DANIEL KNEW THAT I WOULD FIGURE EVERYTHING

Rebecca Berry-Rivetti Attachment _____

OUT EVENTUALLY AND WHEN I REFUSED TO REMARRY HIM IN
SPRING OF 2015 OR SELL THE FAMILY HOME TO HIM. HE
THREATENED ME AND HAS SEXUALLY MOLESTED ME FOUR TIMES
BETWEEN 2014 and 2015.  JOHN GALANIS WAS AN ASSOCIATE OF
DANIELS FOR A VERY LONG TIME. UNBEKNOWNST TO ME UNTIL I
DISCOVERED IT ON GALANIS'S COMPUTER.


I have done the best I can in preparing this document under my physical
limitations and limited access to knowledge, my internet service blocked. I
had all my files  deleted and phone calls rerouted  making it difficult to
receive help. The three houses surrounding me are either empty or
occupied occasionally by terrorist, co-conspirator like Heidi Radaford, and
the people before them have lived in the house next door since 2016.
THE properties changed hands but the APN owner of record never
changed. My husband and John Galanis have spared no expense in
ensuring my inability to get justice and medical help.

 Most of all controlling my freedom of movement by CO2 poisoning,
financial, fear and intimidation.

Rebecca Berry-Rivetti Attachment _____

I am unable to make most calls out to get help.  They are interfered with and hang up.  Or if I am lucky to get through a phone call to someone. Over 50% of the time they disconnect immediately.  This still occurs now more than ever, especially since the home is in foreclosure process beginning December 1, 2021.  And RESPONDENT has kept the alimony payment money, not forwarded to me as should have been. The University of San Diego and Jenna Hackett Esq.,  forwarded a family support order to Child disbursement Services . This is the IWO issued in August 2006.  Not the alimony of  $5000 a month. And  USDniversity of San Diego, where Daniel's longest employer ignored the IWO and did not follow guidelines intentionally as paid $2000,00 or more a month to the IRS instead of arrears owed.  And they should have paid the 65% of total income including deferred, to me as family support. Over the 50% guideline when in arrears.   If I had been paid at least $6560 a month, we could have moved into a rental until the house sold in 2006 it was selling for over $1.5 million.  And recently the homes in my neighborhood are going for nearly $2 million. My home is destroyed by intruders and family members. My personnel safety is precarious.  I am at their mercy. It should not be

allowed to foreclose on to hide the evidence of what really took place here in the family home. There is so much evidence showing the destructyion and new reconstruction as rgey had poisoned me so severly in 2020 when they were replacing the wood beams in the attics and garage.  I found a wood shaver they left out last week on the storage room floor. I have no control over who comes and goes as ADT security committed fraud after I had them install a new security system and then they canceled the contract after 20 years of service.  Then, someone kept rewiring the cameras.  I woud cut them and they would rewire again. Until after the Blow on the back of my head which made me fall and shatter my back while videoing the attic gas pipe on  April 19, 2019.  To this day no one has asked or investigated the cause.  Most recently I keep receiving emails from the County for Substance abuse centers.  Which I find has been the goal all along to obtain a psychiatric disorder to shift blame from corruption to individual insanity or drug problem.  Suffering from panic attacks sue to long term abuse is normal and pain medication for severe lumbar and disc disease is normal, especially if you are denied alternate sources of treatment. Covered California and Blueshield conveniently change the

policy number and type when convenient ands charge me whatever they want regardless if I can afford to pay. At the time of being givenn $2227,00 a month as the balance of alimony; my health insurance cost $1436.00 month. Car insurance $543 and well it did not cover utilities. So I was forced to live in one room while terrorists came and went in the rest of the house with the Sheriffs blessing.  As they continually deniedtaking reports or send an investigator.  They just decided to call mea crazy person. And being set up by my mother and children behaving bizare all made sense when I learned of their beachfront residences and Isabella's horses and living in a new luxury estate and my oldest daughter living abroad to obtain her masters degree.  They felt entitled as their father could lose all the assets and jail time for intentional contempt of court and hiding assets. They have conspired to steal marital assets of all kinds. This is how attorney Brett Kaspar hired by John Galanis and gained my power of attorney to help resolve the debt and lease the FRIARS condo property from me. Instead they delayed the process so long that the property went into foreclosure.  But oddly it was transferred to Deutsch Bank Trust. a company I had seen John Galanis use before on other deals he mentioned.

Rebecca Berry-Rivetti Attachment _____

They gained control of my condominium on Friars Road with attorney Brett

Kaspar who incidently worked for the same Law firm as Police Commissioner

Thomas Mazzuco who is John Galanus white collar criminal attorney.   Daniel

Rivetti in the original handwritten agreement by attorney Andrew Johnson

agreed to pay all mortgages and maintainence until they sold.  All four properties

agreed to be sold and divided.  The other properties to be located along with the

shares of multiple corporations.  This never happened. And I am collateral

damage!

**Now that USD is paying on a child support order of 2006 filed by**
**them with attorney Jenna Hackett to the California state**
**Disbursement Unit in 2018. This amount I now irregularly receive**
**since Since Fall of 2018 is $2227.00 a month. I may towards the end of**
**the month instead beginning, attempting to break me and starve more**
**than I already have suffered from lack of funds.  This behavior began**
**July of 2021, when I started typing this document to go to court once**
**again in attempts to gain safety and ultimately, my life.**

*Apparently Judge Mok never read the fraudulent default divorce decree.*

*Every attorney in San Diego and elsewhere knows the divorce is fraudulent*

Rebecca Berry-Rivetti Attachment _____

*and did not want to deal with Fraud on the court.  Whether it be extrinsic or intrinsic.  But I became EXPENDABLE!*  I am still disabled by the poisoning and physical assaults.  I can rarely sit up for more than 5 minutes without severe pain.  The poisoning increases existing pain beyond imagination.  I am unrecognizable from 5 years earlier, my body is now deformed, 12" scar and missing rib bone on my abdomen from broken back  on 04-April  2019, and my broken teeth.  I  demanded to be released and transferred to another hospital because of the foul play with not reporting the sexual assaults and domestic violence and mostly because I was being blackmailed from Dr. Heller regarding changing what my medical records would say if I reported him for not doing the mandated reporting.  Dr. Heller at Scripps was  my primary care physician and stated, "he would not go up against John Galanis or my Ex." And for me to "go hire a disability attorney because he refused to sign the disability papers." Due to the lack of care and medicine my spine has straightened.  Scripps issuued a letter stating their providers will no longer provide care after the third appointment with Dr. Roger Thorne, a orthopedic surgeon, was cancelled by his office.

Rebecca Berry-Rivetti Attachment _____

Dr. Coufil, surgeon, operated on me against my wishes by having my son
gaslight me after I had been tied down to a bed for two days and drugged
with fentanyl.  Dr. Coufil after the surgery as I requested or the follow up
visits were canceled by him, or he was a no show.   I had asked to be
transferred.

I grew up in Sacramento with friends who had a parent as a judge, attorney, or
politician.  I was encouraged to pursue Law to help others.  It is hard to be put
through legal hell and experience FRAUD ON THE COURT by attorneys and
judicial staff.  Daniel Rivetti, my immediate family, John Galanis and his
immediate family, SD Sheriffs, Scripps hospital  all who planned and perpetrated
this crime of convenience first to cause intense infliction of emotional distress,
Gasalighting constantly to make me feel crazy, vitriolic abuse and calling me
"damaged goods" to make himself feel superior.  All this and so much more
abuse and they is getting away with murder and living like a Kings, along with
the children who treated me like a servant as teenagers right before they moved in
with their father.  All the work and money I was forced to spend from my IRA

Rebecca Berry-Rivetti Attachment _____

and savings to support this family.   And then to have my 15 year old be taken

away with no contact and returned for 4 months because she was an

inconvenience to her father after the summer.  And he bought her a new sports

car to move back with him after her 16th birthday.  I have been nothing but a

punching bag for all involved.

### I currently am not under much needed medical care or medication since September 2021.

 I am not reciving medical care and have suffered because of this denial by

providers. The doctors had left me on the same level of pain medication for over

six (6) years.  I have been denied health care by my physicians and surgeons. The

tolerance has built up and it does not relieve the torture I suffer daily. I have had

to neglect the usual household duties,  All appliances were intentionally

destroyed.   Most recent is the hot water heater in February 2021. I am forced to

wash clothes by hand,  I heat 2 buckets of water to bathe with a heating rod. And

wear the same filthy clothes and use the same bedding and towels for over 17

months now. I struggled to prepare and organize and type this Complaint against

Daniel A. Rivetti and John Galanis, John does, et al...

Rebecca Berry-Rivetti Attachment _____

Since the destruction of the water heater on 02/23/21, I believe they will use this as an excuse for the CO2  source and not the gas pipe placed under my bedroom floor rafters.  *They removed the gas pipe and recently all of the fiberglass under my bedroom rafters and adjacent since I began typing this documen*t. All the 911 calls to the sheriffs were for the numerous break-ins to the home to install the new tar paper, remove the framework in the ceiling, and installation of the gas pipe. It is happening again.  They are breaking into the home while I am upstairs gassed beyond ability to move with nowhere to go for safety. I also believe they will use the water heater as an excuse for my symptoms.  The only place I currently was offered last week is a state rehab.  Not even my insurance will respond.

I asked my gas to be stopped by SDG&E. The men who show up are not from SDG&E.  Men like Deputy Planz dressed from head to toe in a blue painter's smock with two Sheriff's Deputies with him.  He is the third  deputy to appear as SDG&E technician that I recognize.  Front desk clerk at Morgan Run Country Club shows up at my door to do an inspection. They believe I would not recognize them after all the terror  has beeen perpetrated upon me. He is not the only Deputy Sheriff to terrorize me in June of 2021.

Rebecca Berry-Rivetti Attachment _____

I have been trying to file a complaint in court since November 26, 2020.  I went

to the courthouse in Vista and read the Fraud. I was shocked and disappointed.

The clerk then disabled the computers one after another. Then asked me to leave

stating the system is down.  During COVID I had no choice, but to leave.

I believe the following individuals planned my demise; my husband, Daniel A,

Rivetti, John Galanis and his family. Including Corrupt Law Enforcement

individuals that were fully aware of the existence of the gas pipe placed under my

bedroom floor rafters.


 I had been staying in hotels for safety prior to hearing dates to attempt to obtain

help. This is before I realized that the gas pipe under my bedroom floor rafters

was releasing gas.  Now the gas is being pumped into the house by remotely

using the fireplaces.  It was bizarre to smell and hear the gas and as I watched the

fireplace slowly stopped releasing gas. It was scary. How were they doing this?

They know my presence and location in the house at all times. I caught certain

family members letting men into the house in the middle of the night and treating

them like they are guests! This was occurring between 2015 and 2017, possibly

before this time period.   Then later they would just break in through the roof or

windows.    They were sealing the attic with new tarp paper and cut off all the

methane gas pipes that come out of the roof.  I would hear people on the roof all

the time and in the attic.  They were brazen having fukk conversations and their

phones ringing all hours.  I was now so scared of my family and did not

understand why this was happening.  And under the influence of $CO_2$, I could

not do or say much to any of the family members.  And that is when they began

to abuse me verbally, monetarily, physically, isolating me and neglecting me

when I needed help to get to doctor appointments because I could not drive from

physical impairment, as of this past September the poisoning has increased to

daytime too. They have stolen the first 3 copies I prepared to file with the court in

September 2021 from my son's vehicle and ruined a laptop while I was in a

doctor's office. I did not receive the treatment I needed.   I hired Heal doctors to

help after telling them and my last doctor I hire; I was being blackmailed by

Scripps doctor Heller (to be stated later) for him not reporting the sexual assaults

and domestic violence. He stated he had 20 years of medical records he could

change if I reported him for not filing the mandated reports by law.  And they

denied me all orthopedic and pain management services forcing me to go

elsewhere.  I found a  Heal Home medical group which after showing all the

Rebecca Berry-Rivetti Attachment _____

damage in the home and showed them of the hell I have been living did nothing

to help but visit once a month and gave 45 days notice in July 2021. And did

not transfer my case to another doctor.  I have not been able to find treatment.

My medication of over 25 years has been cut off entirely.  Leaving me crippled

and severe damage to my spine.   I have been turned away by at least 10 medical

groups stating they don't want to get involved.  Why?  As if they had been

contacted before I arrived.

Rebecca Berry-Rivetti Attachment _____

Since then many items have been stolen or destroyed in the home. The Sheriffs and APS refuse to help. The home is Evidence in a CRIME. They are allowing it to be foreclosed and destroyed to cover up the residue and smell that lingers in the drywall and on everything else in the home. The $CO_2$ leaves a residue and smell on everything. They will probably use the intentionally broken water heater on 02/23/21 as an excuse for the $CO_2$ poisoning. I witnessed the three people in my garage from the hole I made in my upstairs closet damage the washer and dryer, and water heater. I froze in fear. These people were living next door with Heidi Radaford and in the neighborhood. She is the woman who files a disparaging harassment case against me, but never appeared for her hearing dates. She was also soaking my roof with the sprinklers attached to her fence and the hose. I went out one night after 30 nights in a row of being rained on and realized it was just my home being soaked. And the water is coming from the only house next door. I was a case of neighborhood gang-stalking! It was immediately after my back surgery where I was dumped off at my home with no care or physical therapy whatsoever. Thanks to Scripps Hospital.

Rebecca Berry-Rivetti Attachment _____

Superior Court Vista

Why is the Superior Courthouse filing false ROA records saying I was

SUCCESSFULLY SERVED?  Though I rarely saw Ms. Radaford at the house.

I caught her the week before she filed that harassment suit, placing a hose

omitting gas into my bathroom window on a ladder with the same people who

destroyed the appliances in the garage.  She was not expecting me to be lying in

the bathroom at 3:00 AM.  As they have also destroyed the washer and dryer

towards the end of July 2020.  It is difficult living without these appliances.  One

day I went out to the garage and there was a mess and both appliances were

damaged.   Again, I called the Sheriffs, and two odd men showed up with no

badges, cards, or vehicles anywhere. This has become the normal routine.

**I write this to submit to court hoping to receive help, immediate safe**

**accommodations, medical care, and justice. My husband's attorney ,**

**who I believe was involved in the actions that led to the cause of me**

**being assaulted and pushed through the ceiling/attic floor on**

04/19/2019. Along with certain neighbors that have brought "Organized Stalkers," who began residing in my neighborhood living directly across the street from my home. I have witnessed their actions of destruction to my home and property, and they have absolutely no fear of local law enforcement. The Sheriff Department has refused from the beginning of the terrorism with John Galanis's attempted murder by strangulation on 10-31-2011, in front of nine witnesses on 10th street, Del Mar, CA . Multiple neighbors called 911 for help. Deputy Jim Bennett and his partner arrived and did not arrest John Galanis as required by Marsy's Law. The EVENT #59565183. I was still in shock as Deputy Bennett, a former close social friend, stated that they were not going to arrest him, because I probably will not file charges. At that time, I did not know that arrest of domestic violence is mandatory. I hid the bruises with turtlenecks for over 6 weeks. Then I ask deputy Bennett what I should do with a bag of his personal belongings? He suggests I leave it on his friend's front porch. I walked up and left his belongings. I was never offered a Protective Order or similar against John Galanis. They did the same thing when

my ex-husband sexually molested and assaulted me.  They gave me a storage unit business card.   This is because they have attempted murder in my home and there has never been an investigation into any of the crimes.  All you need to do is look and walk through my home to see the massive destruction.

In June 2015,  my youngest daughter, Isabella, decided to leave home after a fight between her and her brother that I had to break up and insist she stop seeing her older boyfriend due to negative behavior until she was older.  Her father encouraged the negative relationship despite the negative impact it is having on our daughter.  I have loved and nurtured my children under incredibly negative circumstances beyond my own ability to overcome.  I shielded them as much as possible from the true poverty we were suppose to accept; despite the fact their father was making over $800 thousand dollars a year minimum.  I spent every dollar I had received to continue the same life they had learn.  Then after I was done grieving Isabella's absence; three family member moved back into the home in September 2, 2015

Rebecca Berry-Rivetti Attachment _____

and inflicted emotional and physical duress and abuse, and many other negative actions for over 6 months.

In 2005, Isabella was so scared of her father she refused to go with him for over two years during the time which was given by my attorneys. This is against my insistence for full custody and supervised visits. Since I did not know my rights back then and trusted my attorneys to inform me of court dates and all hearings scheduled. I was on the phone and at their office once a month to pay the bill. I was only receiving $2500.00 a month and they were charging me over $1500.00 a month. Not including a $7500.00 retainer. I had spent my savings and the proceeds from the sale of property just to pay all living expenses. They made sure I was broke before this is over.

## Events:

According to two men who broke into my home in May of 2018, while I was laying paralyzed from the CO2 poisoning upstairs, they were speaking casually

saying, " how I should have just filed a Quiet Title. This would put an end to all

this terrorzing".


My husband's goal has been for many years to keep the home and force me to

move out by terrorizing and disabling me in order to be poisoned by $CO_2$.

Which leaves no trace in humans after a few hours.  All of this to drive me out of

my home , by destroying the house piece by piece.  To end my possession of the

property. Since I could not move out without the support arrears, I was

guaranteed to receive per the DCSS.  My husband was destroying items in the

home and left the house in complete disrepair when he finally moved out

approximately May of 2005.  He had already filed this forged petition for divorce

without my knowledge in October of 2004. After a severe child abuse incident in

February 2005, of our 5-year-old; I could no longer stand by and let him abuse

me verbally and physically then turn on the children when I ignored his actions. I

suspect at that time I was suffering similar symptoms of $CO_2$ poisoning.  There

was a smell in my bedroom that I could not locate or get rid of back then.  Now

of course it all makes sense.  Regular $CO_2$ has a sewage smell odor added as a

warning sign. And I kept sanitizing the bathroom and drain holes believing that it

must be stale water.  And then the symptoms began again in January of 2015. I

was unable to drive my daughter to school in the morning because I woke up

exhausted and with blurry vision and incredible pain all over my body.  It would

fade as the day went on.  It also explains why the dog kept throwing up and I

was forced to put her to sleep because she could not hold food down.  She

always slept with me. And the dog I purchased after the divorce; my mother gave

it to a neighbor that moved away from the neighborhood two days later without

my permission.  A dog would have notified me of the intruders coming and

going in the home.   But the following morning I had the same symptoms.  The

doctor diagnosed it as severe fibromyalgia and anxiety.  I had to hire a driver to

take Isabella to school in the morning and place her in costly tutoring in the

afternoons until I could pick her up from school.  Then one day I had the

fireplace checked by a plumber and he disconnected the gas I believe then the

symptoms started to fade temporarily.

Rebecca Berry-Rivetti Attachment _____

## Current household FINANCIAL conditions:

I am unable to afford garbage pick up and so many other basic necessities. And afford to repair and re securitize the home and vehicles disabled. The Farmers Insurance refused to help with safe accommodations and sent a copy of a new policy change that they do not cover gas damage or noxious odors.???? The fraud continues because no one is stopping them. I can file claims with all agencies, but able to fill the demand is unsuccessful due to the poisonings and mail fraud. I have had my mail stolen and many other documents . Only to have them returned in wrong envelopes or packaging later. I am not safe from continual abuse. Daniel Rivetti is court ordered to pay the mortgage on the family home Judge Mok forced me to continue living in the House of Horrors and charges me the mortgage as rent.   She grants me a minimal amount of $5000.00 a month. I receive a check in the amount of $2227.00 every month from the State Disbursement Unit that only handles child support.  The checks for the balance to pay all the mortgages is given to Daniel Rivetti to Write.  He has not. Except for the joint financial obligation upon the downtown condo at 701 kettner.

Whereas he is up to date on the payments. The University of San Diego and Jenna Hackett Esq., state some falsehood about checks I left at a restaurant.  USD, aka , University of San Diego  had refused in previous years to process the payments through the State Disbursement Unit responsible for child support or family support payments only.  All the previous years the checks were mailed to me .  I had requested their direct deposit, but the payroll staff refused such requests.   The balance my ex-spouse manages is my supposed alimony/child support to write the check for mortgages.  One of them is a fraudulent 2nd mortgage with a Mission Federal Credit Union mortgage broker, he concocted with Andrew Johnson Esq., my attorney in 2005-2008, and the first Mortgage for $2200.00 a month is now in arrears by over $42,000.00. on  and on the MFCU second of $45,000 is due back in April 2020.  That is legally my money he is keeping.  *He is also forcing this home into foreclosure on January 1, 2022.* By destroying the home, he has lowered its value.  He had paid Gardner to ruin the $10,000,00 of dry scaping and cleanup I had done after John Galanis had torn all the

backyard and 6 fruit trees destroyed in November of 2013.  I am owed that

money he has kept not paying the mortgages. This is why I ask the home

be sold immediately or the entire value ownership to be transferred to me

and can be charged off against the fifteen other condos and assets until they

are settled.  As the original Decree stated.

And the arrearages of over $600,000.00 as retroactive rent due.   This is

absurd. But he has not paid the mortgage and it is being taken from my

alimony check. He is past due over $78,000.00 for both the first and

second mortgage. He has not given the money back to me either.  All the

kitchen and laundry appliances are broken through vandalism.  Especially

since most of them were new and stopped working right after the warranty

period expired.   I witnessed my mother damaging my kitchen stove

beyond repair. I just stood there in disbelief. She heard the jacuzzi tub on

so thought I was in the bath and that it still leaked after Daniel and Damian

Barber had installed it in 2005. I finally put a stop to the construction when

the kitchen, bathroom and dining room wet bar ceiling flooded and caved

in leaving insurmountable damage.  Daniel had noticed the water seeping

through the living room  floors and did nothing.  I became ill immediately

Rebecca Berry-Rivetti Attachment _____

and the children a short while after.  And the insurance company has yet to send the funds for repair or investigate.  Daniel moved out after the Isabella abuse incident; and left the house in complete disrepair.  The positive thing was the gas poisoning in my bedroom stopped because the children were so scared they all slept in my bed.  The vehicles were damaged many times, car keys stolen at least 10 Fob keys in the past 6 years. And many expensive personal items stolen by immediate family members and others. There is so much to mention, I could write a novel. I live and eat worse than any human being deserves. Due to lack of funds.  The balance I receive is $2227.00 a month which is below poverty level for one person in San Diego, CA.  I have continued to ask for help and leave messages that are never returned.  I am embarrassed that I cannot focus like I used to be able to while writing, due to suffering severe pain. Especially after the sexual and physical abuse by Daniel Rivetti in 2015 to my cervical discs. And then followed by John Galanis sexual assault and intentional infliction of severe physical assault to my lumbar region on 03/15/2016.  I believe it will take lots of medical care and living free from fear and $CO_2$ poisoning before I might ever be the same again.  All the terror and agonizing pain I

Rebecca Berry-Rivetti Attachment _____

am still experiencing is all about the division of marital assets and a

fraudulent divorce , attorneys and judicial corruption that has lead me to

near death. Numerous attorneys reviewed the case costing me thousands of

dollars.  Even Andrew Johnson Esq. and Keven Polis of James

Hennenhoeffer continued to commit fraud by taking my money for a

second time knowing the case was fraudulent. Other attorneys finally stated

that my divorce is not correct and is fraudulent in 2018.  And the gas was

turned up even more to prohibit me from pursuing this in court. I was

rarely given a chance to speak!   The large number of Professionals that

have become involved in the corruption that began over the hiding of

marital assets. It is disturbing to have been denied medical treatment and a

safe place to live from the many sources of government and community

agencies that are in place to help victims of domestic violence and other

crimes suffered by an individual and their families.   I contacted many

agencies, attorneys and physicians that could have ended this nightmare if

they had been honest about the case file from the beginning, instead of my

finding out from a young attorney who states, "that my divorce case is

fraudulent and signed by a judge that may be corrupt and they did not

Rebecca Berry-Rivetti Attachment _____

want to risk their career for my one case."   Including the DA Victim Witness assistance program has denied me help **after** visiting with Alena Harrel.  I do not understand why she would not help me report the assault by John Galanis and wanted me to move out of my home. I believe she knew of the Sheriff harassment.  At that time, "I was still not aware of my symptoms being caused by the gas pipe placed under by bedroom floor rafters."  She never returned my calls or visits.

 My calls are still being chased and re-routed. Internet service subpoenaed in 2015.  My iCloud accounts are being hacked I believe by Corrupt Law Enforcement.  In the beginning, when my husband moved out of the home; I would call back some of the repair people I hired over the phone when they did not show.   A few of them finally admitted that they were called and told, " they would never be paid and that I would complain about their work."  That is when I realized my calls were being chased. Even to this day repair people show up and commit acts of fraud. Or refuse to show any Identification other than the T-shirt they are wearing and the vehicle they are driving. My bank accounts have been altered, and money

Rebecca Berry-Rivetti Attachment _____

taken from my IRA that had never been distributed to the bank accounts

that were closed by MFCU

_____

_____.

This and many other crimes against me occur while I am kept disabled and

in fear for my life and retaliation.  If they had been successful at killing me

there would be no investigation as there was not any from the fall I had on

April 19, 2019.

They probably would have reported that it was a suicide or an accident.  Or

wrote what Doctor Coufil, Scripps Neurosurgeon:

## HISTORY OF PRESENT ILLNESS

*"Mrs. Berry is a 53-year-old female with a suspected underlying*

*psychiatric disorder who was crawling around her attic searching for the*

*entry point into her house where she believed police officers were coming*

Rebecca Berry-Rivetti Attachment _____

*from to steal her oxycodone. Unfortunately, before she could find this entry*

*point, she fell through her ceiling and landed on her bottom. She*

*managed to crawl outside her home and down the road where bystanders*

*found her.  Emergency services was then activated. She was brought to*

*Scripps Memorial Hospital La Jolla per county protocol as a trauma*

*activation."*

I assume that this story comes from the Sheriff's department.  Because

there is no truth to any of his comments. There are many details that lead to

me being pushed through an intentionally made hole in the floor, where I

landed on my back and shattered a lumbar back bone amongst other

injuries.  I begged for them not to treat me and transfer me to another

hospital, because their doctors had denied me treatment and mandated

reporting for the sexual assault by John Galanis and the continual Domestic

Violence by my husband.  I went to Scripps Encinitas Emergency room

first on 03/19/16.  That is when I saw Deputy Jim Bennett approach the

charge nurse as I was sitting in a wheelchair right next to him and he was

talking about me. After waiting for over three hours, I called the same Cab

driver, who was verbally assaulted by one of the "Organized Stalkers"

residing at Ms. Grangefield's home at 10 Pm, to take me to Scripps La

Jolla where they said their Emergency Room was vacant currently. I

waited a long time there and said, "I can sit no longer." I was about to

leave and go back home when they finally proceeded with Emergency

care. But they did not report the rape and assault despite the severity of the

damage to my lumbar spine. No prescriptions were given for the pain. I

could barely walk from the severe pain of the assault.

I had first called my mother then my son begging them to take me to the

Emergency Room. They insisted on me telling them every detail first and

then still declined to help me receive care.

I was completely shocked and disappointed after so many years of caring

for them and numerous Emergency Room visits for them both. This

opened my eyes to what really had been going on the past few years and

their level of involvement with my Husbands objectives.

My children and family have chosen the monetary benefits my husband

can offer knowing that he forces them to choose sides. I am all alone now

after spending every dime I had in savings and retirement to raise my

children while forced to live in this house because we were not paid the

court ordered amount of family support.  Or any amount close to what we should have received considering my husband's income was over $800,000.00 a year in 2004. I made a lot of poor decisions all based on fear that my husband instilled in me.  I tried to seek help, but everywhere I went I was denied help just as I have been denied these past few years in trying to obtain safe shelter and medical care.  My son had agreed to move out of the Kettner condominium he is living in that is still on my financial obligation and part of marital assets.  He later declines to move out of the residence.  I am forced to live in the home where I continue to be terrorized and poisoned. Where the Sheriff's deny taking any reports or send an investigator.  Some of these Deputies were abusive and had threatened me before the fall on April 19, 2019, when I was packed and fleeing to get help once again and serve John Galanis's DVRO.

On another occasion smelling gas I called the gas company and one of the Deputies was dressed as an SDG&E gas leak inspector in 2019.  When I recognized him and told him as much, he immediately left the premises without saying anything. This is among, many similar incidences that

continue to this day when hiring outside help for repairs and insurance

services.

### *The New Neighbors across the street:*

I personally witnessed, Daniel Rivetti's attorney's move in across the street

and were stalking my home. Richard Feuerstein never appeared in court

representing Daniel Rivetti as the FAMILY ROA is currently written. Jenna

Hackett Esq. has been the only legal representative appearing on behalf on

Daniel Rivetti. The other residents I believe are, Ms. Murphy and Mr.

Beal's, Esq. Along with several "Organized Stalkers," who moved into the

home behind Richard Feuerstein's, living at Mrs. D. Grangefield's home.

Their guests would follow me everywhere I went. Before it was John

Galanis's female friends parking in front of my home in various cars from

his son's used car lot in Oceanside. Then three years of AT&T trucks

parking directly in front of my living room windows across from the

AT&T Box. Or other utility trucks would park in front of my windows

until 5 Pm every day. Since the fall, I never see a AT&T truck anymore.

Rebecca Berry-Rivetti Attachment _____

My neighbor, Mr. Johnson, who in 2011 put his home in a trust. About the time the family members living in my home, were breaking into my closets and stealing medicines and cash. I began to suspect Mr. Johnson being there look out for my vehicle, because they often would leave the bedroom and closet doors unlocked as if they had just been warned I was on my way into the house. I was disappointed to be correct when I started investigating and setting up traps for family members in 2011. And D. Grangefield, another elderly neighbor, has done something odd with her DEED of TRUST ON HER HOME THIS YEAR. And all the recordings on the house where Heidi Radaford lived, directly next door, seem to be false. The original owner still seems to be the APN owner of record. I believe that I am still a victim of illegal audio, and video recordings. Located in and around my home since 2005 when I first began to install video cameras in the garage and my bedroom. I have gone through numerous cameras and surveillance equipment to have them destroyed or hacked.

Rebecca Berry-Rivetti Attachment _____

It was confirmed recently by an insurance agent that the Deputies have

exact knowledge of how many times I enter my garage.  I gave her the

incident number given to me by the Sheriffs when I called to report the

vandalism.  I was shocked to hear her statement after speaking to the

Sheriff's department that and implied I am crazy.   Of course it was their

supposed clinician Warren Basile 'i caught breaking into my home with

Deputy Steinmeyer.

When I called 911 for help my calls would go through dispatch and

I am always told the Sheriff Deputies will call me back on an unknown

number and to be sure to answer. Before April 2019, they would normally

break down my door any hour of the day or middle of the night until I

answered.   This past year they say that they stopped by to answer my

emergency call 911 and I did not open the door.  Or Deputies appear that

do not have badges or a business card.  Also, I noticed when I have called

911, they say that I am to be switched to a different number?  Just too

many negative and odd things occurring, and I believe the only way to

stop all of this is to transfer ownership of the home and Condominium to

me in their entirety.  As it will take time to obtain information about the

other assets he has been liquidating since my return from seeking help  in

November 2020.  I can live in the small condo and be safe.  Sell the home

to have money to replace partially on the family support arrearages. Of

course selling the home means disclosing what has taken place here besides

the obvious damage.  Otherwise, Daniel will keep charging his debts to the

home he has not paid.  In my name the liens will no longer be valid as my

support arrearages, marital assets owed and Abstract for support were filed

before any of his credit card debts and tax liens.

## STALKING:

The stalking has been taking place since I met John Galanis in 2010. Or

possibly before 2010.  I had been introduced by Mrs. J. MacDonald to an

attorney named, W. Hahn who wanted to also help me with my Divorce

case.  It appears that he may have received compensation for dating me

then spreading false rumors and propaganda.  I literally caught him doing

this at the Morgan Run Country Club where he is not a member but was

there with a Mr. S. Mac Donald the husband of Mrs. J. MacDonald, who

Rebecca Berry-Rivetti Attachment _____

had become my new best friend since my mother and husband ran

everyone else close to me off by their rude behaviors and comments.

Since Dan's attorneys will now be defendants in this Elder and Dependent

Adult Abuse case, they can no longer use any of the video and pictures,

etc.... they collected while living across the street from my home.

Attorney Jensna Hackett gave a document to the court, but it was never

filed. It states locations where I am a member. The truth is much different

then she wrote. And someone would have to have been following me that

day to have mentioned what she wrote. I feel it is best not to disclose the

exact statement until a trial proceeds. There is also a <u>DOMESTIC</u>

<u>VIOLENCE case that was filed in the family law DN 134660. I wanted it</u>

<u>filed and served separately.</u>  Then on 08/04/20 the downtown court clerk

on duty committed FRAUD on the COURT, when she only gave me 3

pages of the Domestic violence packet and blank pages of paper to write

my complaint. She also declined to give me the FL 150 financial forms

where I could have shown that Daniel was not making the court ordered

payments taken from my alimony and he was not returning the funds to

me either. I also needed to request the correct amount of alimony that

should be paid at least enough to live normally and care for the property.

But she later adds them back into the filing blank.  I have a degree in

Finance and have run multiple businesses and hundreds of employees. I

am more than capable under normal circumstances to complete forms and

have responded to court documents if I was not under the influence of

$CO_2$ poisoning and all computer devices stolen or damaged. Also a

dangerous combination of medications given to me by my primary care

physician at Scripps Clinic. Now I now look like a homeless, unkept

person.  I always took care of myself physically and emotionally.  I was

often told I was beautiful and funny.  Currently I would be considered

quite the opposite because of years of abuse and $CO_2$ poisoning.  Daniel

A. Rivetti, his associates and some family members are basically stealing

my money and keeping me prisoner by continues $CO_2$ poisoning and

Financial Abuse since 2004.  I look back in time and realize that these

symptoms of $CO_2$ poisoning I have suffered on two occasions before

2015.   It was in both January of 1999 and 2004, I do not have the ability,

or the money to buy new appropriate clothing to compare with my

previous attire prior to Daniel committing Financial Abuse.  And the pain I

Rebecca Berry-Rivetti Attachment _____

am suffering, and financial disability has deformed me physically and my face is unrecognizable from six years ago.   I have been trying since I returned on 11/25/21 to file for a civil restraining order because of fraud on the court in the divorce case. Daniel and other individuals come and go into my home and make construction changes to the property in my absence.   They have recently deleted 1000's of files off my computer and added some new files.  I also had my room and papers messed with and documents stolen while I was unconscious from the poisoning as I lay in my damaged bed.  Including the destruction of all the appliances since 2013 through 02/23/21. And most recently the refrigerator freezer thermostat stopped working. But the heater was repaired as they placed 3 new air vent coils in the upstairs rafters above my bedroom ceiling. Allowing for heat to flow into my bedroom and gas.  I was too scared to use it and turn on the gas to use the heater. In the previous 5 years I have suffered from extreme cold in the winter and heat in the summer.  This and the physical pain while continuing to be poisoned made it impossible to function.  I basically lived on granola bars and Gatorade, then when the money was reduced to my being forced to live here and pay rent, I live on

peanut butter and jelly.  Occasionally frozen foods when I can chew.  The

lack of teeth has made eating difficult.   I cannot escape anywhere but to

live in my car, because I am forced to pay rent here until it is sold.  This

order is denying me my freedom to live where I could be safe.  Daniel

Rivetti has never had the intention of selling the home or the other assets.  I

believe since he has not paid the Mortgage as court ordered to be taken

from my alimony directly by him.  But after 30 years I have squatters'

rights and that is why they never could carry out the threat of a forced sale.

Also because of the now $40 million dollars in  assets which he began

liquidating recently through one of many Real Estate Corporations,

Symphony USA, LLC. and Symphony II, LLC.  with the help of his

other co-conspirators at Pacifica Real Estate Offices located about 300

yards from my front door.  Now what ex-wife who suspected her husband

of trying to kill her since 2003 would want to stay living down the street

from his office where he was also receiving a paycheck from  $500,000.00

a year in Real Estate as payment transferred into newly formed

corporations after the date of the false fraudulent petition for divorce in

2004.  With the help of my Mother, Soroor Madjidi Nami, he had the

Rebecca Berry-Rivetti Attachment _____

documents delivered to her residence where she resided for free in my

condo, and she processed all the paperwork for the corporations and

condominiums located in Nevada, California and Arizona.  All Places

where my attorneys failed to file Abstracts of Support in a timely manner

or investigate the names and location of the properties.  There had been

absolutely no e-discovery or Federal Financial Institution Data match for

the Unusual Default Divorce Decree (the Unaltered one before Richard

Fuerstein and Jenna Hackett's law firm), The Decree only mentions four

condominiums besides the original two before marriage. And the

percentages of ownership.  In the original decree it also states that the house

may be charged off against other assets instead of being sold.  This was

changed after I wrote an email to Jenna Hackett pointing that paragraph out

to her in the divorce decree.  The last attorney I hired was Mathew Palmer.

He knew I only had $6000.00 to pay him and that he would have to get

paid from the judge issuing orders.  Instead, he uses the funds to retype

what I already submitted for a hearing the day before and files it with the

court.  Then at the proceeding there seem to be a "legal show" going on

between the three of them, Jenna Hackett, Mathew Palmer and Judge Kelly

Mok.  After that performance, I terminated his representing me in court.

He already charged me approximately. $11,000.00 (I believe) for

Propounding discovery questions without even asking me where the

skeletons are buried. And I would have told him not to bother, because

Daniel Rivetti was not going to answer any of the questions.  And I was

correct.  Daniel responded to all of them as being too cumbersome and

unnecessary but reserves the right to change his answer at later a time.  The

important questions about the **Premier Nutrition dividends and shares**

received along with the **Purdue University Patent** which is now two

manufacturing plants with many employees and multinational corporations

and subsidiaries were not in the list of questions asked by attorney Mathew

Palmer.  I suspect based upon the performance in court in June 2018 that

this was just another delay game giving Daniel more time to liquidate and

move assets.  He also alienated the affections of my children by making

them choose between the money or a soon to be dead mother.  According

to my youngest, Isabella, she wanted to move back home and have a

mother like her other girlfriends and live close to her friends instead of

being all alone out in San Marcos where she sees her father about 30

thought, he would isolate Isabella then begin to brainwash her through

parental alienation.  I doted on her and had grand plans for the two of us.

During our last visit she then stated, she lovea me, but I could not afford

her activities and car the way her father is doing.   We both cried and she

left.  The last picture I saw of Isabella is her riding on a new horse that her

father bought for her.  The same scenario with my oldest daughter

Alexandria, but much sadder conversation before she left to live in Israel.

An unusual place to go live considering where she grew up.   Our beautiful

family that I worked very hard at keeping together and happy.  I had

placed my own dreams and anger aside to ensure their safety and happiness

until I could do something about the fraudulent divorce.

I am attempting to get what is legally mine; he destroyed us all. ***The***

***beautiful family I primarily raised alone no longer exists.***


The Domestic Violence Restraining Order against Daniel Rivetti was

denied by Judge Woods, and I was never given the opportunity to be

heard at the supposed hearing date. Judge Woods dismissed the case at

Rebecca Berry-Rivetti Attachment _____

9:36 AM, while I was waiting in the virtual lobby.  The clerk refused to let me in the virtual courtroom to even listen to the other cases. As I was also watching cases in other courtrooms on multiple devices.  The court clerk room #17 finally lets me into the hearings at 11 AM and tells me it was held, dismissed and they were done, because I was not there at the time it was held.

And the Family ROA shows that it was held.  Although the Family ROA has been rewritten 4 times since September 2019. Right after I called the courthouse and requested this active case file to be brought up from the basement.  I always had to give at least 2 days notice if I wanted to view the case file.  I had hired an out of state financial investigator and was told that there is a juvenile file and I need to get it and review the documents as they are damaging to me.  I went to the Juvenile records division and was told no such file existed for Isabella Rivetti or my divorce case. **I now believe I was denied more than one case file,** because Daniel Rivetti and John Galanis did not set up all these entrapments for nothing.  In order to carry out their plan of poisoning me by $CO_2$, they would have to gain custody of Isabella by proving me to be a bad parent.  Which I finally

Rebecca Berry-Rivetti Attachment _____

figured out after an incident at a bar called the KRAKEN in Cardiff, CA.
All will be revealed during a trial. It still does not negate the fact that The
Proceedings with Judge Powazek and my attorneys were incomplete, legal
malpractice and fraud occurred. And a forged petition for divorce dated
10/04/21 or 10/15/21? I never filed or paid to have documents served.
There was not a copy of the petition for divorce or the proof of service
which is dated 18 months later then the filing date in the case file DN
134660. I believe that this was all intentionally planned. This way he
could possibly be found guilty of 200 plus counts of Contempt of Court,
Hiding and committing perjury for income earned and hiding of marital
assets. **The discovery of the fact he Amended Every Tax return since
we were married. He accomplished this with the help of my tax
accountant that I prepared and filed on time every year. This now
explains the accountant Andrew Malkin's bizarre behavior in 2004
and the fraud committed by another accountant which my husband
too easily gave his signature to gain copies of previous tax returns
after the divorce. This new accountant never did obtain the copies for
me and failed to obtain the monies, or the tax returns filed.** As I never

filed or had Daniel served.  Which means we are still married.  He is in

arrears on the court ordered alimony to pay the mortgages deducted from

my alimony of $5000.00 month currently over $42,000.00 on the first

mortgage.  Judge Kelly MOK forced me to pay rent retroactive through

2004 and live in this house just after I tell her they are killing me here.

Then she gets up and walks out of the courtroom.  Why didn't she appoint

an elisor?  Daniel was already in hundreds of counts of contempt of court

from not paying court ordered support.  It was not his decision to make

and force the children and I to continue to live in this home by paying the

mortgage instead of me and refusing to sell the family home.  We were all

looking forward to moving to a kid friendly neighborhood.  Then he

begins stealing anything he wants from the house after he signed a

document filed with the court saying everything in the house is mine.  Of

course I was unaware of his relationship with my mother at that time.  The

children lived in complete disgust and filth at his San Marcos condo.

Daniel only has his interests at heart. So far, he is in Contempt of Court in

over 200 counts of non-payment of family support and medical bills.  Also

$40 million dollars in assets is owed to me.  Yet Judge Mok let him get

away with not having to do any financial discovery. After Years of

suffering his alcoholism abuse and Domestic Violence, I deserved my share

of marital assets.  My Attorneys James Hennenhoeffer, Andrew Johnson

and Mathew Palmer   did nothing! And his income of $11,000.00 a month

has not changed in 30 years.  Really????  At the time of the Judge

Powazek hearings it was documented that he earned approximately

$230,000,00 a year before any other real estate assets and revenue were

counted. What honest judge is going to believe anything they say?  Is it

Judge Mok's goal to pay my mortgage herself and the need for long term

care and is it the goal to have my house go into foreclosure?  Daniel has

amended every tax return since 1991, I believe,  without my knowledge by

paying our accountant Andrew Malkin after I paid him for filing the first

returns and only ones I was ever made aware of.  Now that explains his

bizarre behavior in 2004. Fear of getting caught.  But since my attorney,

Andrew Johnson never subpoenaed anything.  The only records I have are

the ones  mailed to me.  And since that money is mine, technically, I ask a

lump sum be paid to me immediately as I requested in the orders packet.

Rebecca Berry-Rivetti Attachment _____

## RFO REQUEST #2: TRANSFER 100% OWNERSHIP of BOTH the RANCHO SANTA FE HOME ON VIA MADERA and the DOWNTON CONDOMINIUM on KETTNER BLVD. #131.

He has not made any payments on the second mortgage on the Ranch Santa Fe Home since April 2020. And as I wrote before, he is in arrears on both mortgage payments that come from my alimony of a mere $5000.00 a month, And I never applied for or agreed to the second mortgage.   Both properties could have been refinanced at half the current interest rate years ago. It was a con game pulled by my Attorneys Andrew Johnson and James Hennenhoeffer, Daniel Rivetti, Mission Federal Credit Union and others involved.  I was told it was mandatory and ordered by the Judge.  The proceeds were split in half and I am being charged for the entire amount of the payments of $120 thousand dollar loan.  Daniel Rivetti's Attorney Jenna Hackett's Financial calculations are rudimentary at best.  Which proves there is Fraud on the Court. Since Daniel paid between $1800.00 mo. to $4200.00 on avg. for family support instead of the court ordered amount of $6560.00 per month and refused to sell the house. He kept us prisoners here because I could not afford to move on the support being paid and who knew how long it would take to sale and get Daniel to court. He never showed to any

court hearing in 2005 through 2006. According to the latest Family ROA; I

never had an attorney and filed pro se. FALSE. I hired and trusted James

Hennenhoeffer and Andrew Johnson ESQ. They proceeded the fraud with a

03/08/05 meeting in the family court hall room. This is where Andrew Johnson

said this was the hearing and we would fill these forms out here in the hall and

then Andrew Johnson would take them into the Judge Powazek to approve and

sign. I was too senseless to realize I was being set up and that there was no court

date, because he would have had to have requested an ex-parte date considering I

had just hired James Hennenhoeffer and Andrew Johnson's law firm the previous

week. A Ms. Mork just happened to be in the family court hall that day and was

convincing me this was normal as to how things are done in court. Later I learn

that she was intentionally being dishonest about the proceedings. Since He had

already approved the post-dated orders. And I was never told of any Hearing

dates but the last one. The default divorce finalizing hearing on July 18, 2006.

**All I had done at this point was sign a one-page document that was**

**regarding attorney fees**. I had no idea it was the last page of the default divorce

decree two years later. It was all fraudulent as the entire document had judge

Powazek's signature in September of 2005 already dated 08/08/2006 given to

Rebecca Berry-Rivetti Attachment _____

my husband on 09/05/2005. Then I was told that I am divorced even though **The Purdue Patent** was not transferred, or the dividends of over $2 million dollars not divided. Or the 15 condominiums were not mentioned, And the 10% shares of **Premiere Nutrition** **which sold for $180,000,000,00 in 2013 to POST CEREAL for all cash** was not mentioned in any of the assets or income earnings.    Or the horses, fencing lessons, Private High School class tuition. Berkeley College tuition an boarding for the 2 colege kids.  Isabella was not going to graduate unless he purchased classes off-site and transferred the units back to Torrey Pines High School so she could graduate high school in time. Besides the fact she moved out of his house as soon as she turned 18, in December of her Senior year.    **It was Isabella who confirmed that his corporations paid for the Range Rover and all their expenses.** That is how he shows he lives on extraordinarily little funds. He fails to mention his new Black Range Rover, or Isabella 's new sports car and Lexi's new SUV. l while all I owned was a 1998 Ford Expedition from the marriage in which he chose for me to drive.   So basically after 20 years I worked for free after going to college and working two jobs while supporting my mother to obtain a degree in Finance. I had saved money to go to Law School at USD; which he denied me two

Rebecca Berry-Rivetti Attachment _____

months after we were married.  States that I will upset him at his place of work.

His  insistence to get married in a hurry was to attend USD Law School.  Now he

was denying me any law school or attending Graduate School too.  I should have

left but I thought he would change his mind in a year. Daniel has paid a lot of

money to keep me imprisoned in the Rancho Santa fe  Home.

**I had originally found this home as a real estate project for my new**

**remodeling business.   I AM THE COMPLETE DEFINITION OF AN**

**ABUSED SPOUSE.  Who was driven by  fear to stay in a bad marriage.**

I am very allergic to grass and living on a golf course long term was never meant

to happen.  I have already had one sinus surgery and am in need of another.

**RFO #3  TO BE  PAID  THE  ARREARS  OF  FAMILY  SUPPORT  AND**

**RECALCULATE  THE  TRUE  AMOUNT  OWED  BASED  UPON**

**HIS TRUE INCOME AT THE TIME WAS $800,00.00 A YEAR,  AT**

**THIS TIME I WOULD LIKE THE MINIMUM OF $600,000,00 paid**

**to me immediately for arrears and the attorney fees from 2005-2008.**

**Approximately $60,000.00.**  WHAT KIND OF PERSON FILES

DIVORCE AND DOESN'T TELL HIS WIFE? AND THEN TELLS ALL OUR FRIENDS THAT I WANTED THE DIVORCE AND FORGES THE DOCUMENTS AND CONTINUES TO LIVE AT HOME FOR ANOTHER 8 MONTHS? He then convinces my mother to help him in 2003 and they both commit IDENTITY THEFT, and that explains why John Galanis hires Georginn Law Group in Carlsbad, CA to help clean up my credit. It is to hide all the credit and debit cards they took out in my name and defaulted on just like Daniel is doing now with his credit cards. He has enough money to pay off $700,000,00 in tax liens but does not pay a $40,000,00 credit card bill after paying cash for a RANGE ROVER luxury SUV. I guess $40,000,000.00 in assets goes far in attempting to commit murder, theft, alienation of affection with large trust funds and sports cars. He fails to remember there were charges of attempted rape, four times until I said, "Enough," when he disabled me again and I spent another year in physical therapy 3 times a week besides other pain specialists, then as soon as I can walk John Galanis sets me up to not just meet after not speaking for over 6 months of no contact. I would have never agreed to meet with him if I had not been emotionally

Rebecca Berry-Rivetti Attachment _____

distraught over my daughter leaving home again. He had people waiting in the restaurant bar watching us. The same people I had seen before. It was happening at every bar or restaurant I went to alone or with him. All the time in 2015. I learned it was all about getting custody of Isabella. That and ruining the household safety measures are all broken or removed. All of it started coming together slowly, except the poisoning I did not think I was going to be tortured every night and attempt at being killed. I am still being tortured. The stealing of all the tax returns, bank statements, and attorney receipts in the summer of 2015 should have been a warning. They recently returned some of the cases of tax receipts by dumping them all in my bedroom attic storage. What was once was organized is now a disaster. They kept the original returns and placed IRS limited version of returns in my name. Then stole them back. As they have done with broken laptops, computers, computer cords, and cell phones, I never requested all the digital version of tax returns from the IRS.

## *MY CURRENT LIVING CONDITIONS, HEALTH AND FINANCIAL STATUS:*

Rebecca Berry-Rivetti Attachment _____

I am suffering enormously from severe pain from the sexual assaults and long-term abuse. I am unrecognizable facially and physically from 5 years ago. I don't have most of my teeth, due to my dental insurance being cancelled on several occasions by Covered California and Blue shield combined. And my inability later to get myself the dental help I need due to my circumstances, physical disability caused by the CO2 poisoning and assaults. Wrongfully the County, without my requesting or applying, placed me on medi-cal retroactive to the beginning of January 2016. This occurred on March 23, 2016. Three (3) days after I left Scripps Hospital from my ER visit on March 20, 2016. I went there tor the severe lumbar damage caused by John Galanis on March 15, 2016. On that date I had Blue Cross individual PPO insurance. It was cancelled without my knowledge and automatically replaced with the Medi-Cal after I left Scripps hospital on 03.20.2016. Scripps cinic does not accept Medi-Cal. I petitioned the local HHSA office to no avail. Again taken into a small private room telling me I have to keep the medi-cal insurance even if I did not apply or qualify for the free service. My teeth are broken and my jaw

Rebecca Berry-Rivetti Attachment _____

**bones are all infected de-oxygenation of the gums and skin during the CO2 poisoning during the night.  I desperately beg the *court for protection for a safe place to live and much needed medical care. I cannot possibly stay alive living under my current conditions very much longer.***

I am not safe living in the Rancho Santa Fe home or San Diego County and possibly California! Daniel A. Rivetti and John P. Galanis have a vast amount of political, financial and social resources to destroy me financially and physically. including using my own children and mother to cause alienation of affection, intentional emotional abuse and terrorism.   The terrorism includes, but not limited to. neighborhood gang-stalking, legal malpractice, property destruction, financial starvation, and physical abuse.  They

Rebecca Berry-Rivetti Attachment _____

have known each other beore the fraudulent divorce was filed in 2004.  I had planned to file for divorce after the child abuse incident in Spring 2005.

" This is why I ask for an "E*lisor*" to be appointed as soon as possible to sale the existing properties. I am still financially obligated. And the proceeds from the sales to be transferred to me so I can avoid the foreclosure he has placed the properties currently and avoid the default sale he is placing them in order to acquire them by fraudulent means.  Daniel Rivetti  and John Galanis had conspired and obtained ownership, I believe, of my Friars Road condo by dubious means. For example, the "Aslayan vs. Berry"  San Diego court case.  Forcing the property into foreclosure by fraudulent actions.

This can be charged off against the other marital assets as stated in the original default divorce decree.

I continued to be billed by The Revenue and recovery department for false alarms.  They are not false calls to 911 or the non-emergency

Rebecca Berry-Rivetti Attachment _____

line.  The home invasions were real and the theft and damage to property are prevalent.  (See attachments). The summer and fall of 2020, I was poisoned so badly that I could barely make it out of bed, I fled multiple times in seeking help from domestic violence agencies in San Diego and the DA victims assistance office with Alena Harell at the San Diego police department, to obtain a restraining order,

The first time on November 06, 2017 after the Sesrgrnt Michlle Craig incident with Deputy Schmoll. Then again in November of 2020 when I left town for a week while driving my car that had been tampered with by stuffing the engine area with rubber and foam, etc… that caused me to become extremely ill.  I had packed fleeing to another county hoping to get help and not return without a safe place to stay and legal help.   In my efforts to pack and flee to safety it took about 3 months under the physical condition I am suffering.  I asked my doctor for help and Adult protective services. After multiple calls and denial to help me find safety and necessary care.   Only

recently had a visit from Dr. Giti Askari on Thursday, June 24, 2021 for a 30-minute visit.  Her only suggestion was to apply for medi-cal to obtain social services. But since I live in a home and receive over $1000.00 a month, I would probably not receive any help.  Previously all I received was a phone call for psychiatric help.  No one would come to my home and witness my terrible living conditions.  My phone calls were never returned.

I believe Mrs. J. MacDonald was hired by Daniel Rivetti in exchange for using his influence for her oldest child, to gain admission to the University of San Diego.   After the daughter was admitted I no longer had my new best friend and that is when all the pieces of their sordid puzzle came together. Their goal to defraud me of marital assets, cause extreme emotional distress, and physical disability through premeditated, damaging physical violence and sexual assault; in order to bedridden me then mentally and physically torture me during the new court proceedings with Judge Kelly Mok. The Entire proceedings and perjured affidavits, bogus orders typed up by the paralegal and the results of Judge Mok

Rebecca Berry-Rivetti Attachment _____

asks and answer her own questions to me then walks out of the courtroom when I bring up the Domestic Violence that is taking place in the house and the stalking.  I went to over 14 hospital visits with Co2 poisoning.  They planned to murder me by Carbon monoxide CO2 poisoning, my hands and lips were constantly blue.   And the Sheriffs kept bringing the San Diego PERT assistant psychiatric aides by my home telling me I am crazy and  a suicidal drug addict!!!

**This CO2 poisoning was done by placing a gas pipe that ran the distance of my entire bedroom floor.** Physically disabling me causing severe pain.  It finally made sense after 4 years why they cut open the attic wall to get to the floor rafters under my bed and cut the methane gas pipe, so it no longer protruded through the roof of my son's bedroom.  And then also installed new tar paper on the ceiling and walls of the storage attic making it airtight to force the odorless gas up through my bedroom floor as I laid in bed 22 hours a day from severe pain.

THE WORST THING ABOUT ALL OF THI IS THAT I HAVE BEEN A PRISONER IN A BEDROOM FOR OVER 6 YEARS AND NOBODY WOULD HELP OR GIVE ME SHELTER, AND MY MOTHER AND CHILDREN HAD FULL KNOWLEDGE OF WHAT WAS HAPPENING TO

Rebecca Berry-Rivetti Attachment _____

ME.  MY OWN MOTHER ADMITTED AS MUCH! BUT THEY CHOSE TO

HAVE TRUST FUNDS AND STAY AWAY AS THEIR FATHER ORDERED.

THIS IS WHO JUDGE MOK GAVE FULL CUSTODY OF MY BEAUTIFUL

BABY GIRL AND GAVE ME 8 HOURS A WEEK IF SHE WANTED TO

NON-MANDATORY VISITS. I cried every day for 3 months knowing what he

was going to do is isolate her then drill in her how bad I am and everyone else

and isolate her to control her thoughts and actions. He has done similar actions to

each of the older children too.  Isabella finally moved away from him in the

middle of her senior year in high school.  I have not seen my girl in 3 years, all

decided by a clerk in a 45-minute conversation in which Dan did most of the

speaking. Being poisoned and not knowing why my brain was so slow was

detrimental and I was unable to protect my child from these SOCIOPATHS. I still

suffer severe pain and as of recently I am no longer given  any medications for

my pain.  I suffered severe withdrawal symptoms several times.  I believe I have

developed a new condition today ( to be stated later).   I am tired of being

drugged with no pain relief. Just side effects after the same dosage for since 2011.

And no matter how hard I tried to get the needed surgery. The Doctors were

always contacted and would tell me they do not want to get involved.   I expect

Rebecca Berry-Rivetti Attachment _____

that I will be in a hospital soon from the severe pain.  I am desperately trying to

finish this document as best I know how.  My access to Pacer seems to be

blocked as my WiFi is being monitored. I know in 2015 the website stated my

account had been subpoenaed.

My iCloud account is hacked and a lot of court records and sheriff statements are

missing from my photos.  My PC laptop was recently hacked and destroyed.


**John Galanis's First Filing Of Defamatory Perjury in a restraining Orders:**

Deputy Jim Bennett and Partner refuse to arrest John Galanis after he tries to kill

me by strangulation in front of nine witnesses on 10/31/2011.  We had just both

left the hotel room after spending Halloween weekend with the children

downtown and a month after we just returned from a romantic vacation in

Europe.  The first vacation I had in 5 years.  The Deputies speak to John

Galanis's  attorney, Police Commissioner Thomas Mazzuco of San Francisco.

And the Deputies follow his request violating my civil rights and Marsy's Law

by not arresting him for attempted murder by strangulation. And they still can

press charges and for the assault and rape case I reported to Sargent Michelle

Craig on 10/29/2017 at 8 PM. The following day my laptops were stolen.  And

Rebecca Berry-Rivetti Attachment _____

Sheriffs refuse to take any reports of any theft, break ins, property damage, etc...

Then John Galanis blackmails me by threatening me with all the horrible things

he accused me of in the DRO he filed against me on 10/31/2011 and the illegal

videos he cut, pasted and dubbed over of our intimate moments.  I was so

disgusted when he showed me the first version. He said that he would link the

videos to the children's school website if I filed anything against him and the

constant threats had me anxiety ridden at night that I could not sleep for years

which made me useless in trying to get back to court as they had all promised to

help me with legal issues.  A later more disturbing version he gives me on

03/15/2016 the day he set up an Entrapment at the Market Restaurant. And then

came back to my home to sexually assault me, where he physically destroyed all

the Lumbar vertebrae by body slamming me for over ten minutes and I could not

escape his firm grip on my arms.  I remember trying.  But I blacked out after he

left the house and woke up the following morning unable to walk.  He also let

me know of where my husband has hidden his income in DYnamic Food

Ingredients corporation where he was CFO and his cousin Paul Magnotto is

Chairman of the board.  They have a history when it comes to hiding assets.

Rebecca Berry-Rivetti Attachment _____

The County also needed me to seem unstable because of files on two claims

against the county for damages from incidents beginning in 2010.

 When Daniel moved out and my mother moved in almost two years later.

Unfortunately, she was helping Daniel in spying and terrorizing me since 2003

when I went to her stating Daniel is trying to kill me. She was going to make

sure she was still financially supported since our relationship had been strained

since we moved to Tehran, Iran at the age of 9.

I had the same symptoms then too of CO2 poisoning.     And possibly before he

abandoned the home.  He believes because his name is on the deed; which he has

shown to anyone that questions his right to change locks or get a copy of my

new PO Box key's from the Post Office.  He states, 15 years later, that the ~~orders~~ DIVORCE

were temporary and still has rights to do as he pleases in my home.  Including

placing a video camera outside my shower window.  In August 2015 I hired a

woman named Ms. Duran to help me clean out my attic and organize the attorney

bills and bank statements.  This is the year also when they cut all the air ducts and

kept leaking the freon from the air conditioning unit.  I caught the woman in the

act.  I had seen her with John Galanis's new girlfriend at the time.   Two days

later I leave the house for an hour and come back to all the tax returns stolen,

Rebecca Berry-Rivetti Attachment _____

along with the receipts they came back for a week later.  My children were first

asking me to give them for their school financial-aid.      I told them Daniel

makes too much money for them to qualify.  They stole them anyways. They

destroyed my iMac and stole two( 2)  MacBook air laptops and two (2) iPads

along with many cell phones and  three (3) video cameras.  To date there are over

30 computer related items stolen or destroyed in order to keep me from evidence

and responding to court filings by Attorney Jenna Hackeyy who represented

Respondent beginning 2016.  Since July of 2020 they have stolen 13 phones off

my body while I slept.  Along with one new camera and all the power cords to

the new video camera.  Originally, they just stole the power cords to everything.

Then I easily replaced them, and they discovered the pictures on the computers

and 5 years of research I have done while trying to get back to court under the

threat of child abuse and leaving the country in order not to pay family support.

I *Reported two rapes, theft and vandalism to Sheriffs and they say If I don't have*

*any videos of the event occurring there is nothing they can do and refuse to*

*investigate.  I guess when the former north county supervising A. Richard*

*Fuerstein, ADA is living across the street and his co-worker is the family court*

*judge  why do they need to bother doing their job when they can receive a*

*payout or promotion for not reporting anything.  Not reporting a crime keeps the areas crime reports down so people believe it is safe here.*

*When this is one of the most violated* neighborhoods, *I have ever lived in.*  Since he knew the whole Divorce Petition is a ***fraud*** because I never filed or signed for a ***Petition for Divorce*** and I was never told when there were any hearings by my attorney.  I never paid to have him served! He forgets the rule of possession and civil rights violations along with violating my civil liberties.  It seems the San Diego Sheriff's Department has forgotten what CIVIL RIGHTS are and feel they can verbally assault me, threaten, lie, falsify documents, falsely arrest and not arrest a rapist and wife beater and attempted murder by strangulation both Daniel Rivetti and John Galanis.   Also, my being pushed to a fall on 04/19/2019 as I was packed and fleeing my home to safety.  My mother, son and other immediate family members were letting men in the house to do the construction of sealing the house and the attic next to my room airtight with new tarp paper and then cutting open the bottom half of the drywall in order to place a gas pipe which led from the outside of the backyard wall from where my bedroom floor beginning to exactly where the bedroom wall that shares the same wall with the Holiday items storage attic.  Which has been destroyed and all of the nice items were

Rebecca Berry-Rivetti Attachment _____

stolen recently when I fled to Los Angeles in November of 2020.  If Judge Mok

had not forced me to live in this house by giving control of the alimony and held

the hearing with me included instead of her office in private with Jenna Hackett,

Esq.  I would have been able to tell her once again, hoping she does not walk out

of this room, that Daniel has never paid any of the mortgages on time and he will

not pay if he must write the check. And if it is my alimony; I am perfectly

capable of writing a check. And the balance is fraudulently run through child

support services in the amount so far he has kept approximately $50,000.00 of

what came from my alimony ordered to pay the mortgages and he has pocketed

the money and is liquidating all his assets as I have which is hardly the alimony

awarded to a spouse who husband made over $800,000. A year and kept the sale

of the Premier Nutrition eighteen million dollars.  All Marital assets, including the

Purdue Xylitol patent which gives Daniel a minimum of $10,000.00 a month

income and symphony USA, LLC and

Symphony II, LLC an additional $50,000 a month income which are companies

developed with the marital real estate assets at the time there were over 15

condominiums and single-family residences.   No wonder Judge Mok waived his

obligation to do discovery.  It was unbelievable.  I have been a prisoner and

starved to the point my teeth have fallen out and I now have developed scurvy

amongst many other comorbidities.

I have been following their corporate documents while I recover nightly from

being poisoned by and why am I being charged with the alimony and he keeps

the money?

As I am being terrorized daily, the Encinitas Sheriff Deputies are failing at doing

their jobs as stated upon the oath they took when becoming Deputies.  Their

latest excuse is that I am psychotic and have tried desperately to have my

Physicians, Dr. Kahmshad Razideh, who now has violated mandated reporting

acts. Deceiving me to bring in county psychologists for me to get treatment. This

Doctor's name is Anne Conway who works for Adult Protective Services. She is

also in violation of not reporting the abuse.   She failed to mention she is

contracted with the County of San Diego and lied when she introduced herself as

a local psychologist and that it is normal to have to receive approval for a

much-needed surgery.   I have never had a psychiayric evaluation for any of the

multiple surgeries I have had.  And there are quite a few surgeries.  This fraud

with certain doctors and pharmacies continues.

I have found many listening devices over the years and reported them to my attorney and law enforcement to no avail.  The answer I keep receiving is that he cannot use the information anyways.  But it seems he has used it to stalk me. Steal all the personal mail, emails he had forwarded to him by my children when I let them use my computers or laptops.  As he had filed a fraudulent forged divorce and transferred all the marital assets into corporations and began liquidating them in 2020.  He also uses the audio and video tapes that John Galanis his co-conspirator and abuser gathered to create illegal sex videos whereas they cut and pasted me into pictures with others and dubbed the recording over the videos.  I was given a copy by John Galanis and I was sickened at what he had done all to discredit me with my family and friends and neighbors.  All this to hide marital assets.  Even Parental Alienation and violence by each of my children and mother.  He gave them a choice of either me in their life and no money or money and no mother was their options.  Items destroyed : one iMac, 8  PC's, 7 printers, 2 iPad's, 2 MacBook Airs, 3 external hard drives, 13 phones in the last 6 months taken off of my body while sleeping from CO2 poisoning, and another 3 phones this past month taken from my bedroom while I slept, over 30 thumb drives, passport, California identification card, 3 wallets,

Rebecca Berry-Rivetti Attachment _____

and numerous personal items such as jewelry, clothes, packed boxes of new items for my new home.  They have had me followed every time I leave the house no matter how far I go.  His Attorney who is the only attorney ever appearing in court for Daniel is Jenna Hackett, Esq. beginning in  October 2016. He never hired an attorney in 2005.   She submitted information to the court that she would have only known if she had followed me on that day.  I knew I was being followed since the incident on 10/31/2011, whereas John aka Yanni Galanis, as I knew him, attempted murder by strangulation in front of 9 witnesses and 2 Deputy Sheriffs who declined to arrest him because John Galanis's attorney is President Police commissioner Thomas Mazzucco of San Francisco.  John had called Mr. Mazzucco from his cell phone and handed it to the Sheriff Deputy to speak with.  And the Deputy believed that COMMISSIONER Mazzucco had a say in the arrest of John Galanis.  According to the Marsy's law, Sheriffs were mandated to arrest a person who attempts to commit murder and they witnessed his has around my throat when they drove up to the scene of the crime.  Daniel A. Rivetti had conspired with John Galanis and numerous other individuals to defraud me of marital assets through various means of life destroying actions. Including but not limited to, attempted murder, defamation, emotional distress,

Rebecca Berry-Rivetti Attachment _____

blackmail by Doctors and John Galanis. The false filing of court complaints', i.e.,

HEIDI RADAFORD Harassment case number 37-2020-00021203 CU-HR-NC /

dismissed for failure for Heidi Radaford and spouse to serve or attend telephonic

covid hearings.  I was never served, but the courthouse ROA stated differently so

I appeared, but it was dismissed and I was not allowed to say anything.  I will

have filing against The Radaford family, and the three families that lived in the

house next door previously committed acts of terrorism.  The filing is defamatory

and untrue like all of John Galanis's DRO filings against me are perjured.  What I

do not understand is how the San Diego Superior Court can give a career

criminal a temporary restraining order and then next deny me one against the

very same man who committed physical and financial abuse while causing

intentional emotional distress.   Both men, Daniel A. Rivetti and John "Yanni"

Galanis, along with their co-conspirator's actions are premeditated.  To the hiding

of assets and not paying that minimal court ordered family support signed and

reviewed by then Commissioner Powazek. It is now Judge Powazek.  And this

case They were not afraid of being arrested, due to the fact they were working

with the former ADA Fuerstein, my husband's attorney, is Judge Kelly Mok's

former colleague and Supervisor. The San Diego Sheriffs has and to this day are

committing actions of civil rights violations.  MY life is destroyed, and my health

has reached the completely disabled with multiple comorbidities.  I would like to

keep the revealing of any personal medical records information private, unless it

is needed to show the physical damage suffered.   And have been forced to take

various and many other medications just to take minimal care of myself.   Daniel

Rivetti had enlisted the help of my children through Parental Alienation he had

been perpetrating before we were even separated.  He would call me a drug addict

or say I was passed out again on the couch!  This explains the new addition of

the large "S" shaped pipe added to the downstairs fireplace.  He had enlisted the

help of my mother after I had gone to her and told her 2003, I believe my

husband is trying to kill me.  I explained the mysterious illness, medications

missing, constantly vomiting and his continual and lengthy absence from the

home while the children began to show similar illness symptoms as I had for no

apparent reason.  She agreed, but apparently, she made other negotiations to

secure her financial future.   I was unable to work eventually because I could not

get up and move like normal.  This will be explained in detail later. My mother,

Soroor Madjidi-Nami and I have not agreed on much since I was 10 years old.

She aided in the conspiracy to defraud. Especially in 2004 when I asked her to

Rebecca Berry-Rivetti Attachment _____

relinquish my condominium and move back to her home country or my house, if

she did not want to help or pay rent.  I could no longer afford to support her and

take care of 3 children by myself.  I did not want her living with me after a

lifetime of verbal abuse and taking of items that did not belong to her. Also,

alienating most of my friends and business contacts as a way of controlling me

and my money.  I previously earnes a very nice income whike going to college

full time.   She swore that she would make sure I lost everything! Despite my

supporting her for 32 years until I recently discovered she had been helping

Daniel with the Audio and video recordings in the house.   Any information they

have gathered I would like omitted. Not only was she a non-paying guest in my

home for many years she was assisting Daniel in the property destruction, privacy

violation, physical abuse, worst of all she had full knowledge of the attempted

murder by gas poisoning and did nothing to help me gain shelter elsewhere or

get to a hospital after the multiple rapes and attempted rapes that occurred.  In

return she gets her rent paid currently and was receiving some sort of income

apparently.  She recently admitted to her having income because she was

working.  Working at what?  She did nothing as usual as far as I could see.  I

believe and has most definitely been coached by an attorney on what to say and

when.  She told me that she was asked to file an adult abuse report against me.  I

told her she should do what she needed too.  The fact her signature is on the

corporation papers that Dan used to transfer assets to violate orders and she is an

accomplice may not look good in a jury's point of view.  Especially since I

willingly supported her by giving her an insured car, a place to live and all

expenses paid at home and on vacations.  She began to declare that was not true.

I later learned that she had committed identity fraud by taking out a debit card in

my name and possible credit cards too.  This took place in 2007 according to a

bank statement someone left me on my bed.


Due to his multiple infidelities with our 19-year-old nanny and his student(s),

hiding of marital assets by forming corporations and transferring his pay as an

independent contractor to these multitude of corporations since 1992, when I first

became disabled from his constant and severe physical abuse. He had been

married before and knew what he needed to do to keep the money he was

making and have me working and paying for all the household and business

bills.  Which lowered the amount of income shown on our annual tax returns.

Rebecca Berry-Rivetti Attachment _____

Though it was not enough money or care to prevent suffering from starvation,

lack of heat or cool air during the time of year when needed due to property

destruction and insurance fraud.  When most companies or individuals found out

that I was severely disabled and incapable of taking any legal or enforcement

reporting actions against them for depriving me of goods or service, they would

continue to commit fraud and abuse.. Coming to my home as a disguised

SDG&E employee to check on a gas leak on 04/01/2019.  When I told the

supposed technician leak detector that I recognized him being a Deputy Sheriff;

he fled my home immediately and of course did not finish the fraudulent

inspection.  The odorless $CO_2$ poisoning I suffered in the days following were

horrendous.  My lips were purple, and my hands turned blue anytime I carried an

item or lifted the suitcases to escape. I would get The Sheriffs' complaints of

illegal search and seizure, stalking, harassing, threatening my life and accomplices

in attempted murder.  I received multiple calls stating that my medical group

called and said I was suicidal.   The Sheriffs and my husband have been trying to

convince everyone that I am suicidal or a danger to others.  Law Enforcement,

including DA special victims stalking, hate crimes and domestic violence offices

refused to take any reports of any events, theft, vandalism, stalking and $CO_2$

PAGE **74** OF **85**

Rebecca Berry-Rivetti Attachment _____

poisoning that continue to occur.   I told Deputy McMasters never to call my home again pretending that I am suicidal and that he is committing career suicide if he thinks I am going to kill myself or let go what they have done to me and my home.  Also, this legal case is based upon FRAUD ON THE COURT by the false/forged Petition for DN134660.  The judge denied his mandatory obligation to do discovery and walking out of the courtroom when I stated the amount of domestic violence and the numerous attempts on my life.  Four days later I was pushed  from the second story floor onto the tile floor and shattered my backbone.  I was on, my way to have John Galanis's DVRO for sexual assault to be served in Los Angeles Federal Prison. My medical needs required a corpectomy.  Aslayan vs. Berry unlawful detainer 2 case(s) number 37-2011-00200045-CL-CTL & 2011-00046321-CTL.  All three of these files have been altered in the file and in the online ROA, in the scheme to defraud. John Galanis is behind the management of the Aslanyan case.  And eventually Daniel was able to have the Friars Road condo foreclosed upon by CONTEMPT OF POWAZEK'S COURT ORDER TO PAY MORTGAGE.  Galanis' Attorney Brent Kaspar, Same law firm as Commissioner Mazzucco, was handling the purchase when they failed to follow through as planned.  John Galanis filed two

Rebecca Berry-Rivetti Attachment _____

(2) Domestic Violence cases against me without ever intending to serve me. On the first one he filed the day he was caught and witnessed by the sheriffs and the 9 neighbors who saw him beat and strangle me in the street on 10/31/2011.  The second DVRO he filed on 03/28/2011 was after he lured me to a restaurant to show me divorce papers then to his home where he began an argument and called 911 and had me falsely arrested on restraining orders that were dismissed. The Sheriff Deputies never checked to see if the orders were valid or not.  I was detained overnight. The whole goal was to ruin my credit and discredit me as a responsible, capable individual and mother.   I am mortified that the Judges have let this Divorce case continue to have so much fraud be committed.  I had to escape my home while being under the influence of carbon monoxide poisoning. I did not know how they were poisoning me.  And this confirmed what I thought was happening on 04/01/2019.  The amount of excruciating physical torture I suffered is immeasurable.  And the fact that so many people knew and refused to help me stay alive as I struggle to this day to just have food and a roof over my head.  He and the children, including my mother, Soroor Madjidi-Nami, who began to conspire with Daniel in 2004 opening the corporations and processing the paperwork for him all addressed to my Friars Road condominium

Rebecca Berry-Rivetti Attachment _____

where. I begin to wonder if she still lives there since I have never seen her place or what vehicle she currently drives. I let her live free and she refused to visit or help after Daniel left the family home after severely physically abusing our 4-year-old toddler. I discovered her part in the defrauding when she admitted to it in 2016. And after I was severely raped and beaten through a planned entrapment by John Galanis on 03/15/2016 was aware of what occurred. And Abuse of Power under the color of Law. I was denied access to all these documents I filed a request for immediately after the incident. Both my mother and son, Clemente, had full knowledge immediately after the abuse happened and refused to help me to a hospital or the Sheriff's station. I called the Sheriffs and they told me to go to hospital and I did, Scripps did nothing and did not do a rape kit or report the assaults. I did not see one of my children or mother for at least 4 months afterwards as I laid there in my bed unable to care for myself.

## DEMAND FOR A JURY TRIAL

*believe it might be the only way to receive Justice.* It took 3 months to prepare and 3 days to pack the car because of the incredible amount of pain and lack of consciousness until I could leave the house without disorientation. I would be poisoned by $CO_2$ at hotel rooms too. It is amazing the great lengths they have

gone to in order to hide the assets.  Emotionally and physically destroy a strong,

beautiful and intelligent woman.   They would have to disable and poison me in

order to get away with the amount of FRAUD and DOMESTIC VIOLENCE

that is occurring in and out of the courtrooms.


## REQUEST TO INVOKE FINANCIAL CODE 1450(A)

Freeze all bank accounts and injunctions of the sale and transference of all said

real and personal property.  I believe that Daniel Rivetti and his associates; Paul

Magnotto (cousin and co-founder of Premier Nutrition Corp. and Dynamic Food

Ingredients (Purdue Patent), Rashid Al Abbar and Robert Colucci, along with

Heidi Radaford and her family have been aiding in liquidating assets and

transferring them back to various corporations as of this past 6 months.  I have

been struggling physically to get to court.  I have been denied aid by the APS

multiple attempts made, and by local law enforcement, and physicians who have

denied care and mandated reporting, not including fraud committed by local *Dr. Judith Tessima and*

county clinics physicians who showed up in my hotel room pretending to be *Dr. Annette Conway*

independent of an employee of the State of California. Pharmacies who admit to

being shown photos and affidavits that made me look like a criminal and a

Rebecca Berry-Rivetti Attachment _____

hooker. They deny filling prescriptions right before court hearing dates on multiple occasions.  The dates of the medication filled do not match the bottles. I have had several pharmacies commit fraud since the sexual assault and rape by John Galanis.  And the attempted murder by strangulation in Del Mar on 10/31/2010. The whole time suffering false imprisonment due to lack of financial resources and denied safe shelter at all the Domestic violence agencies I approached.   I had become so isolated by the inability to function.  But I realized I was okay after fleeing the home and sleeping in my car on several occasions. That is what led me to call a doctor from the Heal medical group on March 24, 2019. The doctor requested did not show. The doctor that did show to my hotel is Dr. Judith Tessima, who was also working for the San Diego County. She stated it was different. I proceeded to tell her my situation and fears along wih my illness at the time.  Severe pain and flu symptoms. I have had the longest flu illness in history. I have been on antibiotics and a lethal dose of medications for many years. Thank God I don't like taking medicine. While I had children to care for I never took sleeping aides unless another adult was present. And would avoid most medications until I was sure I did not have to drive.  I don't understand why the Courts ROA states I was convicted of a DUI. When I agreed

Rebecca Berry-Rivetti Attachment _____

to a wreckless driving ticket, because there was no alchol or drugs in my

suystem.  The Deputy states, " I wreaked of alchol."  And for the medicine; I had

just picked up my medicine from the pharmacy and the bag was still sealed on

the passenger seat when I returned the following day from jail to pick up my car.

I should not have been detained.  They found zero alchol or drugs in my system.

They decided to go through my purse and found two emergency pills I kept in

my wallet.


They had the help of many individuals.  Worst of all the PARENTAL

ALIENATION! He used the children as pawns by first isolating them and doing

his usual verbal non-stop defamation of character. Then threaten to deny all their

college funding and living condos if they did not help him in his plan to

physically and emotionally destroy me.  The children knew of the attempted

murder and the hiding of assets and did nothing to help or stop the abuse.  They

would occasionally warn me of the gas being left on in the fireplaces.


For me to lose the asset and the monthly payments I made to keep the ownership.

The whole time Daniel intentionally refuses to follow court orders as he is hiding

Rebecca Berry-Rivetti Attachment _____

15 other condominium properties from the court records under the 2 new llc

corporations created in 2004 and 2005. And the 20 other companies that follow

hose two first ones.  Then with Andrew Johnson's Help of not doing any

discovery or reporting of domestic violence and child abuse and failure to file

abstract of judgements until after Daniel has had plenty of time to transfer the

assets once again to another corporation.  The abstracts my attorney Andrew

Johnson and his paralegal filed were in Counties where the properties were not

located.  This Fraud continues to this day.   And to decide on the arrears going to

rent in April 2019, but not waiting to change the alimony order until 2019 when

the law changes seems very fraudulent to me.

 **It cannot be a defaukt divorce if he participated and I idn't ask for the**

**moon! The case should be dismissed, including the custody change orders.**

Daniel Rivetti and his business associates just closed the largest two corporations

on 11-25-2020, the day I return from Los Angeles seeking assistance in the

attempted murder case and the multiple rape cases the San Diego Sheriffs and the

Police decline to take any reports stating jurisdiction or that I am crazy. Because

of this emotional blackmail and physical abuse I have become severely disabled

physically.  The civil liberties violated, and CIVIL RIGHTS IGNORED BY

THE COURT AND THE SHERIFFS are more than any one person should have to tolerate. The assaults by both Daniel Rivetti and John Galanis caused hospital admissions.   The attempted murder by pushing me into the hole in the floor where floorboards were missing.   The worst so far is in the attempted murder by CO2 poisoning by installing a gas pipe under my bedroom floor rafters, two walls, and outdoor patio. This Installation took place while I was in the home locked in my room. The men would come into the house around 2 AM and use a Sawzall to cut the drywall board on the downstairs bedroom attic which runs parallel to my bedroom floor.  These men had no fear of being caught or going to jail because they had the assistance of the San Diego Sheriff's Dispatch center when I dialed 911, they would send the sheriff deputies that would tell me to stay in my room locked and they would check the property.  I would go into the attic and see that they had cut open the wall.  But everyone acted like this was normal and it was always like that.  Until I started removing items that they could no longer hide behind. The Poisoning became stronger until I could barely move until 5 pm every day. I realized in 2017 that they added a large "S" shaped gas pipe and new valve to the downstairs fireplace and covered it with new filament and black rock so I was not able to tell for the longest time what they had done.

Rebecca Berry-Rivetti Attachment _____

Because the summer before I discovered the new, large gas Pipe in the downstairs fireplace. I had cleaned and painted the fireplace and washed all the rocks that accumulated a smell. This explains why I kept falling asleep within minutes of my returning home from leaving the house at 5pm and returning before dark by 9 pm. I would wake up every night around 3 or 4 AM gasping for air laying on the sofa next to the fireplace. All keys are missing, even newly replaced. All fire extinguishers were emptied, none ever used. Now I am at the eighth replacement along with smoke and gas detectors. I just made it a point to go upstairs when I came home and went to bed early. I have not been able to function normally since the last sexual assault by John Galanis on 03/15/2016. I am the victim and serving their time as a prisoner of poisoning and legal absence of freedom and necessary basic living supplies due to the absurdly low amount of alimony granted is less than half of what it really costs to maintain a minimal existence in San Diego. I spent twice this much 30 years ago on basic expenses. Daniel is making over a million dollars a year now and passing it through various corporations, not including salaries and consulting fees paid. I HAVE SUFFERED FROM BEING A VICTIM OF Domestic violence since the wedding invitations were mailed and still am suffering. I am still not legally

Rebecca Berry-Rivetti Attachment _____

divorced.  The court has no Jurisdiction over a forged petition for divorce and

Fraud on the Court, considering just my attorneys alone.

**It has taken over six months to attempt to file this document in order to be**

**freed from my imprisonment.  You cannot imagine what it is like to beg for**

**help and no one listens because there are two Sheriff Deputies calling you**

**crazy despite they are and probably and will continue to commit injustices**

**upon me and other woman like me who end up alone and helpless.  I am**

**physically suffering severe pain as I type this and no that when I leave my**

**home to file this document that I will come back to a home that is robbed of**

**evidence, files, and more material goods.**  I never signed a rental agreement

with my ex-husband!  I was forced to stay here due to financial abuse while he

was buying horses, new cars, and first class trips around the world.

And I could not do anything in fear he would abuse the kids or ask for more

custody.  I could not risk that happening at the time the children were young.

Rebecca Berry-Rivetti Attachment _____

I had truly believed that my attorneys, including Matthew Palmer in 2018, had

my best interests at heart.  I was wrong.  IT is time to receive justice and my

marital assets.


I swear the above written to be true and correct to the best of my knowledge.


**REBECCA D. BERRY-RIVETTI**                    12-15-2021

                                                                    *DATE*

Attachments

Signed

County of San Diego

*[Handwritten across top:]* This was filed on 4-15-2019 Immediately after hearing ended @ 4:30 PM

*[Handwritten, right side:]* by Jenna Hackett Esq. Respondent's Attorney

*[Handwritten:]* Judge Kelly Mok Walked out of courtroom when I mention Domestic Violence in home dated w/ Calendar

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*
JENNA E. HACKETT, ESQ. (SBN 290292)
FUERSTEIN, MURPHY & BEALS, LLP
BALBOA PARK PLAZA
3033 FIFTH AVENUE, SUITE 310
SAN DIEGO, CA 92103
TELEPHONE NO.: 619-235-9400    FAX NO. *(optional):* 619-235-0046
E-MAIL ADDRESS *(Optional):*
ATTORNEY FOR *(Name):* DANIEL RIVETTI

**FOR COURT USE ONLY**

**FL-340**

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
STREET ADDRESS: 325 SOUTH MELROSE
MAILING ADDRESS: 325 SOUTH MELROSE
CITY AND ZIP CODE: VISTA CA 92083-6152
BRANCH NAME: NORTH COUNTY DIVISION

PETITIONER/PLAINTIFF: REBECCA D. RIVETTI

RESPONDENT/DEFENDANT: DANIEL RIVETTI

OTHER PARTY:

**FINDINGS AND ORDER AFTER HEARING**

CASE NUMBER:
DN 134660

1. This proceeding was heard
   on *(date):* 04/15/19    at *(time):* 1:45PM    in Dept.: NC-17    Room:
   by Judge *(name):* HON. KELLY MOK    ☐ Temporary Judge

   On the order to show cause, notice of motion or request for order filed *(date):* 12/06/18   by *(name):* RESPONDENT

   a. ☒ Petitioner/plaintiff present
   b. ☒ Respondent/defendant present
   c. ☐ Other party present

   ☐ Attorney present *(name):*
   ☒ Attorney present *(name):* JENNA HACKETT, ESQ.
   ☐ Attorney present *(name):*

**THE COURT ORDERS**

2. Custody and visitation/parenting time:   As attached   ☐ on form FL-341   ☐ Other   ☒ Not applicable
3. Child support:                            As attached   ☐ on form FL-342   ☐ Other   ☒ Not applicable
4. Spousal or family support:                As attached   ☐ on form FL-343   ☐ Other   ☒ Not applicable
5. Property orders:                          As attached   ☐ on form FL-344   ☒ Other   ☐ Not applicable
6. Attorney's fees:                          As attached   ☐ on form FL-346   ☐ Other   ☒ Not applicable
7. Other orders:                             ☒ As attached   ☐ Not applicable
8. All other issues are reserved until further order of court.

9. ☐ This matter is continued for further hearing on *(date):*    at *(time):*    in Dept.:
   on the following issues:

Date: _____

Approved as conforming to court order.

▶ _____
JUDICIAL OFFICER

▶ SUBMIT DIRECTLY TO THE COURT

SIGNATURE OF ATTORNEY FOR   ☐ PETITIONER / PLAINTIFF   ☐ RESPONDENT/DEFENDANT   ☐ OTHER PARTY

Form Adopted for Mandatory Use
Judicial Council of California
FL-340 [Rev. January 1, 2012]

**FINDINGS AND ORDER AFTER HEARING**
(Family Law—Custody and Support—Uniform Parentage)

Legal
Solutions

Page 1 of 1

CASE NO. DN134660

## ATTACHMENT TO
## FINDINGS AND ORDER AFTER HEARING OF APRIL 15, 2019

*Submitted*
*by Respondentss Attorney Jenna Hackett Esq.*

### IDENTIFICATION OF THE PARTIES

Petitioner, REBECCA BERRY-RIVETTI, shall be referred to within this Order as "Wife".

Respondent, DANIEL RIVETTI, shall be referred to within this Order as "Husband".

This matter came on for hearing on April 15, 2019, in Department NC-17, the Honorable Kelly Mok presiding. Petitioner personally appeared and was self-represented. Respondent personally appeared and was represented by his counsel of record, Jenna E. Hackett, Esq. of Feuerstein, Murphy and Beals, LLP.

### FINDINGS   *San Diego Case DN134660*

**Update Regarding the Sale of the Community Residence:** This Court finds that there is an order to sell the home that has been in place since 2005 and additional Orders in recent years enforcing such.

**Support Arrears:** This Court finds that the total amount of arrears, as stipulated to by the parties, is $284,077.95. The Court also finds that Respondent has paid the mortgage on the community residence, in which Petitioner continues to reside, in the amount of $305,915.52. The Court will offset these amounts and acknowledge find that there has been an over-payment by Respondent of support.

### ORDERS

After reviewing the evidence presented, hearing argument of counsel, and good cause having been shown, the Court hereby finds and orders as follows:

1. **Sale of the Community Residence:** The Court states that the Order for the sale of the community residence, located at 16136 Via Madera Circa W., remains in effect.

2. **Support Arrears:** The Court confirms that there are no support arrears that exist presently, given the findings set forth above. There is an over-payment by Husband, in the amount of **$21,837.87**, which he shall receive from the sale of the community residence, if the funds are available from that source. Additionally, per the Court's order of August 27, 2018, spousal support was

1

*The calculations are false as Respondant forced me, Rebecca Berry to suffer support arrears and paid mortgate to make family stay living in residence 4 days later I was pushed & shout to mo*

San Diego Case DN134660
Filed 4-15-2016.

1  established at $5,000 per month, retroactive to the date of the filing of Husband's motion (August 17,

2  2017). There is an over-payment of 12 months (August 2017 [date of filing] through August 2018

3  [date of Order]). Husband paid $6,560 for those 12 months, resulting in an over-payment of **$18,720**

4  ($6,560 - $5,000 = $1,560 x 12 months). This over-payment shall be received by Husband from the

5  proceeds from the sale of the home, if the funds are available from that source.

6

7  **END OF ORDERS -**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

 **Scripps**

Scripps Clinic
Division of Anesthesia-Pain Management
15004 Innovation Dr., S 97
San Diego, CA 92128

## PATIENT NOTIFICATION

TO: _Rebecca Berry_

FROM: _Pain Management_

Our office has either been unable to reach you by phone, or we have been unable to schedule an appointment. Please call our office at __858.605.7398__ at your earliest convenience.

☒ You have a referral to our department.

☐ Please call to schedule a consultation appointment.

☐ Please call to schedule a return visit.

☐ We need additional information / records before we can schedule.

☒ Other _Need to complete full course of physical therapy. If doesn't help, call us, we can then consider consult appt._

DATE: _10/8_ . SIGNATURE OF SENDER: _Mark_

Customer ID: Barry, Rebecca

P.O. Number:
Invoice Number:

**Billing Information**
Rebecca Barry

Shipping Information

Shipping: 0.00
Tax: 0.00
Total: USD 1,500.00

Date/Time: 24-May-2018 16:59:09 FDT
Transaction ID: 40724678644
Transaction Type: Authorization w/ Auto Capture
Transaction Status: Captured/Pending Settlement
Authorization Code: 008169
Payment Method: Visa XXXX7416



500 S. GRAND CENTRAL PKWY., 1ST FLOOR
P.O. BOX 551220
LAS VEGAS, NV 89155-1220
(702) 455-4323
www.accessclarkcounty.com/treasurer

0015738 01 AB 0.301 **AUTO   T9 0 0015 92110-182460

D R LAS VEGAS L L C
5745 FRIARS RD
SAN DIEGO CA 92110-1824

PROPERTY
LOCATION: 5525 W FLAMINGO RD UT 2005
PARCEL NUMBER 163-24-114-132

| PARCEL NUMBER | | | TAX RATE | TAX DISTRICT |
|---|---|---|---|---|
| 163-24-114-132 | | | 2.9299 | 417 |

(July 1, 2005 – June 30, 2006)

ASSESSOR DESCRIPTION FLAMINGO SUM PLAT BOOK 111 PAGE 42 UNIT 2005
GEOID PT RE MIN REC 24 21 00

Property Description

## Assessed Valuation for 2005-2006

| | |
|---|---|
| Land | |
| Building & Improvements | |
| Personal Property | |
| Assessed Value Subject to Cap | |
| New Land Value** | |
| New Improvement Value** | 4.20 |
| Less Exemption | 17.46 |
| NET ASSESSED VALUE | |
| New Construction Supplemental** | 21.66 |
| **Not Subject to Cap | |

| | |
|---|---|
| Taxes as Assessed | 637.14 |
| Less Cap Reduction | 0.00 |
| Net Taxes | 637.14 |

### Total Annual Charges  637.14



See Reverse Side for Distribution of Tax Dollars.

| Installment | Amount |
|---|---|
| 1 | 0.00 |
| 2 | 165.66 |
| 3 | 156.29 |
| 4 | 156.29 |

IF YOUR MORTGAGE COMPANY PAYS YOUR TAXES, FORWARD THIS BILL TO THEM IMMEDIATELY

For more information and to check the status of your taxes, visit accessclarkcounty.com or call (702) 455-4323; select option 3 from the main menu.

---

## Installment 3

PARCEL NUMBER 163-24-114-132

DUE DATE MARCH 6, 2006
Pay within 10 days after the due date to avoid penalties.
AMOUNT DUE $159.29
D R LAS VEGAS L L C

1632411413206400000159294

Make checks payable to:
CLARK COUNTY TREASURER
500 S Grand Central Pkwy 1st Floor
PO Box 551220
Las Vegas NV 89155-1220

## Installment 4

Make checks payable to:
CLARK COUNTY TREASURER
500 S Grand Central Pkwy 1st Floor
PO Box 551220
Las Vegas NV 89155-1220

---

## Installment 1

PARCEL NUMBER 163-24-114-132

DUE DATE OCTOBER 3, 2005
Pay within 10 days after the due date to avoid penalties.
AMOUNT DUE $165.66
D R LAS VEGAS L L C

1632411413206200000165667

Make checks payable to:
CLARK COUNTY TREASURER
500 S Grand Central Pkwy 1st Floor
PO Box 551220
Las Vegas NV 89155-1220

## Installment 2

Make checks payable to:
CLARK COUNTY TREASURER
500 S Grand Central Pkwy 1st Floor
PO Box 551220
Las Vegas NV 89155-1220

---

PARCEL NUMBER 163-24-114-132

DUE DATE JANUARY 2, 2006
Pay within 10 days after the due date to avoid penalties.
AMOUNT DUE $159.29
D R LAS VEGAS L L C

1632411413206300000159296

Make checks payable to:
CLARK COUNTY TREASURER
500 S Grand Central Pkwy 1st Floor
PO Box 551220
Las Vegas NV 89155-1220

PARCEL NUMBER 163-24-114-132

DUE DATE AUGUST 15, 2005
Pay within 10 days after the due date to avoid penalties.
AMOUNT DUE $0.00
D R LAS VEGAS L L C

1632411413206100000000007




**⋅S CLINIC**

3811 VALLEY CENTRE DRIVE
SAN DIEGO, CALIFORNIA 92130
858 764-3000
www.scrippsclinic.com

8/4/2006

To whom it may concern;

Ms Rebecca Rivetti (7/3/65) is a 41 y.o patient followed at Scripps Health / Scripps Clinic since 1991. Ms Rivetti is s/p cervical laminectomy / fusion C6-C7 in 1992. She unfortunately continues to have recurrent neck, shoulder and arm pain despite the surgery. Although these exacerbations are intermittant they cause considerable pain and difficulty sitting / standing. They have been treated with epidural injections, physical therapy, chiropractor care and medications including muscle relaxants, narcotics and anti-inflammatory agents. These recurrent episodes as well as side effects of medications makes it difficult for her to work full time. Thank you for your consideration.

Sincerely,

(Removed from Source file)

David Heller, MD

David M. Heller, M.D.

**CLAIM AGAINST THE COUNTY (   AN DIEGO**
(FOR DAMAGES TO PERSONS OR PERSON   PROPERTY)

2019 JAN 23   PM 4:59

COUNTY OF SAN DIEGO   Time Stamp

File No: _____

| Received by | via |
|---|---|
| U.S. Mail | ☑ |
| Inter-Office Mail | ☐ |
| Over the Counter | ☐ |

A claim must be filed with the Claims Division of the County of San Diego within 6 months after which the incident or event occurred. Be sure your claim is against the County of San Diego, not another public entity. Where space is insufficient, please use additional paper and identify information by paragraph and number. Completed claims must be mailed or delivered to:

County of San Diego, Claims Division, 1600 Pacific Highway, Room 355, San Diego, CA 92101- Phone (619) 531-4899

## TO THE HONORABLE BOARD OF SUPERVISORS – THE COUNTY OF SAN DIEGO, CALIFORNIA

The undersigned respectfully submits the following claim and information relative to damage to persons and/or personal property:

### Claimant Information

| Last Name | First Name | Middle Name |
|---|---|---|
| Berry Ruth | Rebecca | Anna |

Street Address: 16136 Via Madera Circa W.  City: Rancho Santa Fe, Ca  Zip: 92091

Home Phone (include area code): 858-888-3779   Work Phone (include area code): 786 780 (853-4649)   E-mail Address: rblegal2018@gmail.com

Birth Date: 07/03/1965   Driver's License Number: C43930174

Name, telephone and post office address to which claimant desires notices to be sent, if other than above:
Rebecca Berry, P.O. Box 8463, Rancho Santa Fe, C 92067

### Claim Information

Date of Occurrence or Event from which the claim arises: December and November 2018.
Time of Occurrence or Event from which the claim arises: In the evening

Location, including address (if none, nearest cross street) and city:
Call was made from my physical address

Specify the particular occurrence, event, act or omission you claim caused the injury or damage (use additional paper if necessary): I called 211 on numerous occasions telling them of my physical condition and needed home health care services. I am in chronic severe pain most of the time, level 7-10. I was refused services when I filed for adult abuse against

State how or wherein the County of San Diego or its employees were at fault. Give the name(s) of the County department and employee(s) causing the damage or injury: The San Diego Sheriffs Department. They stated after contacting the Sheriffs that I needed mental health. And all my calls regarding property damage and stalking, harassment they acknowledged and yet they refused to send anyone to investig

CD1 (Rev. 6/11)   (Cont.)

Give a description of the property damage or loss, as is known at the time of the claim:

Besides numerous medical bills mainly the harrasm by the San Diego Sheriffs and their deputies and the P.E.R.T. team invading my home and

Give a description of the injury, as is known at the time of the claim:

taking possession of property and medical materials w/out a warrant. In possession of illegally taken videos and numerous counts of property damage w/out warr

Social Security Number (required for Federal reporting requirements):

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

Name and address of any other person injured:

Isabella Britti - same as mine for now.

Name and address of the owner of any damaged property:

## Damages Claimed

| | | |
|---|---|---|
| Amount claimed as of this date: | $ | T.B.D. |
| Estimated amount of future costs: | $ | |
| Total amount claimed: | $ | |

Basis for computation of amounts claimed (include copies of all bills, invoices, estimates, etc):

I have yet to recieve all estimates due to have

## Damaged Vehicle (if applicable)

| Make: | Model: | Year: |
|---|---|---|
| 2011 Jaguar XFP | XF Premium | 2011 |

| License Plate Number: | Mileage: |
|---|---|
| | 53,000 |

| Insurance Company: | Policy Number: |
|---|---|
| AAA of So. Cal. | |

## Additional Information

Names and Address of witnesses, hospitals, doctors, etc:

A. Scripps Hospital, E.R. left on 3/20/16.

B. Dr. Heller of Scripps hospital who refused

C. to report percent assault on 3/19/16. It was passed John Nolan's

Any additional information that might be helpful in considering this claim: I will need to provide more information. I have become disabled since the incident. I was falsely arrested or dismissed DRO he on 5/27/12.

> **WARNING: IT IS A CRIMINAL OFFENSE TO FILE A FALSE CLAIM (PENAL CODE § 72; INSURANCE CODE § 556.1)**

I have read the matters and statements made in the above claim and I know the same to be true of my own knowledge, except as to those matters stated upon information or belief and as to such matters I believe the same to be true. I certify under penalty of perjury that the foregoing is TRUE and CORRECT.

Signed this ___25___ day of __January__, 20_19_ at _4:30 pm_

Claimant's Signature





Top front Teeth
are Broken
Rebecca Berry-Ruttn
from neglect and Insurance cancels policy

Woolfgang & Rebecca

This is me at (45) and much in my child
so I was introduced to by a celeb. M
She later tryed and to be carry Dan in
Gathering negative Statements abel evidence
regarding my behavior. I believe

Woolfgang has one
Who had written
a negative Statem
in he had brzanc
behavior denyt
our dating fend
badly M is also
the reason that
MSIS led we so

Some where where
Dan Orleans had
been waiting w/ wyfe
and forth NY Orleans
Chumk me to Dan then
TSs husting I shant ver Ga



Medical | Rx

| Nov 25 20... | Heal Doctors You visited |

⊘ Finalized

$5.00
**Patient's responsiblity** ∧

Finalized on: Dec 29, 2020

**Tropel Julienne**
**Research Psychoanalyst** *Lies*

$190.00
Amount provider billed

$63.74
In network savings

$121.26
Paid by Blue Shield

**Amounts Due Now**

osts:                                      $0.00
rincipal:                                  $320,782.52
*Interest:                                 $196,133.67
**Fam C §4722 Penalty:                     $0.00
                                           ------------
                                           $516,916.19
Total:

Daily interest from Wednesday, May 30, 2018 is:      $87.89

* Interest (and principal, if spousal or family support) is taxable to recipient ir received, regardless of when due.
** Penalty applicable to child support payments accruing after January 1, 199 properly filed and served 30 days prior to issuance of this writ.

CFLR Executioner 2018-1(tm); 5/30/2018 10:40 AM

Blue of California

05/02/2019

Member Name:            REBECCA BERRY
Date of Birth:           07/03/1965
Member ID:               905551417
Reference Number:        H53032310
Requesting Provider:     Brian Clifford, MD

*Handwritten annotations:* Not one of my physicians. Services Denied. Scripps Health — was out of network. Blue cross denied services. and I was left with no care and almost starved to death. No one came to Help.

Dear REBECCA BERRY,

We were sent a request by your provider/doctor for the service listed below. We have approved coverage for the service(s).

Approved Requested Service(s):

| Begin Date of Service | End Date of Service | Level of Care |
|---|---|---|
| 05/02/2019 | 05/04/2019 | SNF Level 2 |

Our records indicate that, while the facility is in-network, the provider selected for the services listed does not participate in the Blue Shield of California network for your benefit plan. Choosing an out-of-network provider will significantly increase your out of pocket expenses, and you will be responsible for the balance of charges not covered under your benefit plan.

More visits, treatments, testing or surgery may need authorization/precertification (approval for payment before being done) by Blue Shield of California. If you don't get authorization/precertification before care is given, it may mean that no, or less, payment will be made based on the terms of your plan.

Requests for prior authorization/precertification are reviewed for medical necessity and the benefits (what is covered) of your plan. An approval depends on your eligibility (health plan coverage) on the date you have the service. Limitations, set dollar amounts (copayments), and restrictions m... apply.

If you have any questions, please call the number on the back of your Member ID car...

Page 1 of 2

Attention:  # 324

**CAMAF...O POLICE DEPARTMENT**
**TRAFFIC COLLISION INFORMATION EXCHANGE CARD**

Send to: _____

Date: _____

DATE OF COLLISION  6-4-12  LOCATION  LAS POSAS / DAILY

NAME  JORGE VIGEN

ADDRESS  432 W CEDAR ST, OXNARD CA

PHONE NO.  805 210-7098  LIC. NO.  5W NR124

VEHIC...  MAKE  ...  MODEL  NAME

REGISTERED OWNER...  ADDRESS

REGISTERED OWNER PHONE  ANTHONY GOMEZ

REGISTERED OWNER PHONE  M. CORES  FOLIO NO.  CCP012573

Rebecca Berry

This was an
intentional hit
by a vehicle that
went straight
from the left
turning lane.
I was hit making
a left turn as my
left arrow was green
light.

I hired insurance
attorney, but
John P. Godenis
told attorney to
file claim and
never investigated
accident.

Medi-Cal: Eligibility Response

Page 1 of 1

### Department of
## Health Care Services ♥ *Medi-Cal*

Home ➔ Transaction Services

**Eligibility Response**

Eligibility transaction performed by provider: 1447267349
on Wednesday, March 23, 2016 at 5:00:21 PM



*[Handwritten note: I was illegally placed on Medi-Cal and my private insurance was cxl'd. w/out permiss. on 3/23/2016 — after sexual assault by John Oakan, on 3-15-2016]*



| Name: | BERRY, REBECCA | |
|---|---|---|
| Subscriber ID: | 9610532SF25355 | |
| Submitted ID: | 549199589 Subscriber ID Updated | |
| Service Date: 03/23/2016 | Subscriber Birth Date: 07/03/1965 | Issue Date: 03/23/2016 |
| Primary Aid Code: M3 | First Special Aid Code: | |
| Second Special Aid Code: | Third Special Aid Code: | |
| Subscriber County: 37 - San Diego | HIC Number: | |
| Primary Care Physician Phone #: | Service Type: D | |
| Trace Number (Eligibility Verification Confirmation (EVC) Number): 1768HNQ9V8 | | |

Eligibility Message:
SUBSCRIBER LAST NAME: BERRY. EVC #: 1768HNQ9V8. CNTY CODE: 37. PRMY AID CODE: M3. MEDI-CAL
ELIGIBLE W/ NO SOC/SPEND DOWN. HEALTH PLAN MEMBER: CARE 1ST HEALTH PLAN: MEDICAL CALL (800)
605-2556. HCP: CALL (800)605-2556 FOR HCP INFORMATION. PCP: CALL THE HCP FOR PCP INFO. OTHER
HEALTH INSURANCE COV UNDER CODE A. CARRIER NAME: UNITED HEALTH CARE DENTAL. ID: 236976.
CARRIER NAME: BLUE SHIELD OF CA DENTAL PLAN. ID: 904163327000. COV ID.

Conditions of Use | Privacy Policy
Copyright © 2007 State of California

Server:www.medi-cal.ca.gov |File:/Eligibility/EligResp.asp |Last Modified:1/23/2015 3:24:28 PM

*[Handwritten note: 8/7/17 Blue Cross informed me had cxl'd the auto withdrawal. I just let the pymt. go for 37 and not pay. Thpas. making decision —]*

https://www.medi-cal.ca.gov/Eligibility/EligResp.asp

3/23/2016



**Palmer Rodak & Associates**

301 Mission Avenue Suite 205
Oceanside, CA  92054
Telephone: 760-529-0461
Fax: 760-529-0170

May 31, 2018
Invoice No. 43206

REBECCA BERRY
P.O. BOX 8463
Rancho Santa FE, CA  92067

Client Number: 1156  REBECCA BERRY

Matter       2018-072  BERRY, REBECCA v. RIVETTI, DANIEL

For Services Rendered Through 5/31/2018.

### Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 5/24/2018 | MEP | conference with client | 1.50 | $592.50 |
| 5/25/2018 | JE | File open; Give file to MEP; Give copy of intake to EH. | 0.50 | $25.00 |
| 5/29/2018 | MEP | Review file and draft notes to file. | 2.50 | $987.50 |

*I asked Attorney Palmer to file Contempt of Court Charges. He propounds Discovery and Bills me without Discussion of hidden assets. The White Case is fraudulent and Incredibly abusive conduct by all.*

on the properites, ask husband to pay for the special master, we do not have this information because of his non cooperation in the divorce

11. he should have nothing heard until he complete his disclosures under 2107 as he was previously ordered

12. sent out discovery rfps. i want all of his tax returns and any returns for any llc or other companies that he has or had an interest in, need information regarding the patent, we have no information as none was provdied

13. send out special rogs asking him what properties that he had at the date of separation and at date of trial

14. consider request for admissions

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 5/30/2018 | MEP | other notes, conference with susan, do support and interest calculations | 0.80 | $316.00 |
| 5/30/2018 | LZ | Case conference with MEP re: arrears, unadjudicated assets and plan for case. | 0.30 | $75.00 |
| 5/30/2018 | MEP | do arrears calculations, meet and confer with attorney zad re discovery issues | 1.30 | $513.50 |
| 5/30/2018 | SM | Case conference with MEP.  Prepare Amended RFO with attached attorney decs. | 0.50 | $67.50 |
| 5/30/2018 | SM | Research file and revise.  Prepare first draft of client's declaration in support of RFO. | 2.50 | $337.50 |
| 5/30/2018 | SM | Prepare payment history report. | 0.50 | $67.50 |
| 5/31/2018 | SM | Revise RFO and documents.  Case conference with MEP. | 0.30 | $40.50 |
| 5/31/2018 | SM | Prepare Excel spreadsheet.  Finalize payment history report.  Email to client requesting further information. | 1.00 | $135.00 |
| 5/31/2018 | SM | Receive and review client's email re preparation of further documents.  Respond to client's email. | 0.20 | $27.00 |
| 5/31/2018 | LZ | Revise and edit client declaration; Case conference with attorney Palmer; Draft Income and Expense Declaration; Meeting with client. | 2.90 | $725.00 |
| 5/31/2018 | SM | Revise payment history attachment and revise dec of payment history. | 0.30 | $40.50 |
| 5/31/2018 | MEP | Revise and edit declarations; Confer with LZ re: declarations; Memo to file. | 2.10 | $829.50 |
| | | **Billable Hours / Fees:** | **18.20** | **$5,174.50** |

**Continued On Next Page**

5/30/2018     MEP              review notes and draft to do                                    1.00        $395.00

3 of 4

By law Rockell

1. file amended request for orders// she had filed one already

2. order spousal support after we get full disclosure regarding his income, he did not answer discovery in the underlying divorce, he did not complete his declarations of disclosure, he intentionally did not participate in the trial. this was in bad faith so our client could not find out his financial informatiuon. our client is asking for 11k in spousal support, the current order he was ordered to pay 6560 in family support

3. family support arrears and he was ordered 6560 in family support and he is in arrears, we need to run the interest calculations

4. we should ask for attorney fees under 3557 related to getting the arrears

5. order house not be sold pending a determination if h has any interest in the house after the other issues are resolved with the court. he has 600k in leins put against the house after the dissolution// i do not have the documentation for these leins, we are asking that the house be 100% confirmed to wife, the ultimate division of this asset was not ruled on by the court, we need the court to set this issue for hearing to determine the ownership after he cooperates with discovery

6. kettner property to be confirmed to wife, he was ordered to make the payments, it was confirmed to him and he never took her name off of the loan and now his failure to pay has ruined her credit, if there is any proceeds from the sale they should be deposited into trust,

7. h owes an equalization with interest to wife amount was $52,346 of of july 18 2006, do interest calculation

8. previously ordered attorney fees to be ordered paid with interest $17,309.15 was ordered on or about 8-8-06, plus interest, do calculations

breach of fiduciary duty : th

9. determination of properties that are currnettly owned by husband

10. determinationm of amount of monies that husband was to have paid, appointment of a special master to get the cooperation and make a determination as to the properties that existed at the time of the judgment and the amount that husband has paid on those properties/ and what was he supposed to pay

**Continued On Next Page**

b. This matter requires more discovery than normally would be the case to supply essential details and evidence supporting the allegations in this case;

c. The financial burden on the parties entailed by conducting this discovery by oral depositions is great;

d. This discovery can largely be most cost-effectively conducted by written discovery like the herein Special Interrogatories, Set 1, which are specifically designed to pare down the disputed issues and to avoid unnecessary litigation over various issues by removing a large volume of foundational facts from controversy; and

e. This is the most expedient method for responding party to have an opportunity to conduct an inquiry, investigation, or search files or records to supply information sought.

f. None of the requests in this set of Special Interrogatories are being propounded for any improper purpose, such as to harass the party, or the attorney for the party, to whom it is directed, or to cause unnecessary delay or a needless increase in the cost of litigation.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed at Oceanside, California on June 21, 2018.

**Matthew E. Palmer, Esq.**
**Attorney for REBECCA D. BERRY-RIVETTI**



From: rebeccadberry@gmail.com
Subject: **Fwd: Berry v Aslunyan**
Date: Septe er 28, 2011 6:40:57 PM PDT
To: J Galanis <jgalanis100@gmail.com>

▷ 3 Attachments, 1.2 MB

Begin forwarded message:

**From:** Margie fes <margiefes@gmail.com>
**Date:** September 28, 2011 1:54:15 PM PDT
**To:** rebeccadberry@gmail.com
**Subject: Berry v Aslunyan**

Rebecca,

Per your dicsussion with attorney, Grayce Long, attached please find
the documents discussed.

If you have any questions or comments, please let us know.

Marjorie Jorgensen, Paralegal
Law Offices of Timothy Liebaert
(909) 889-5151

Law Offices Of
### John E. Bouzane
Attorney at Law
634 Oak Street
San Bernardino, California 92410

Telephone: (909) 889-5151                    Facsimile: (909) 889-3900

September 27, 2011

Via facsimile transmission 858-888-3779   Rebeccadberry @
gmal.com

Rebecca D. Berry
1100 Sacramento Street, #302
San Francisco, Ca 94108

RE: Berry v. Aslunyan

Dear Owner:

Enclosed please find a copy of the motion filed by your tenant. The motion is set for
October 19, 2011.  Under the Code sections for unlawful detainers, motions are to be
set within 5-10 days. These types of motions are done to delay your eviction and
usually have no merit. The cost to file the opposition is $450.00 plus the court
appearance of $250.00. Total is $700.00

Please execute and fax back to our office the enclosed credit card authorization, so that
we may prepare the opposition to this motion.  If we fail to file any opposition in a timely
manner, the tenant could prevail on the motion. This would cause you additional fees
to restart or amend your complaint for unlawful detainer.

Very truly yours,

Helen Grayce Long

From: Margie fes <margiefes@gmail.com>
Date: October 3, 2011 2:37:27 PM PDT
To: rebeccadberry@gmail.com
Subject: **Berry v Aslunyan: Credit Card Authorization**

Rebecca,

It was a pleasure speaking with you this afternoon.   Attached is the credit card authorization we discussed.   As mentioned, if you opt to overnight us a check, please let me know so I can notate the file accordingly.   Alternatively, if you prefer that we charge a credit card for the $700.00 to oppose the motion to vacate, then please complete the authorization attached and return a copy of my attention via email or fax at (909) 889-3900.

Time is of the essence as the opposition is due by Wedensday, so please let us know which payment method you are electing.

Of course, if you have any questions, do not hesitate to call.

Marjorie Jorgensen, Paralegal
Law Offices of John Bouzane/Timothy Liebaert
(909) 889-5151

## Fast Eviction Service
### Law Offices of John E Bouzane
# Credit Card Authorizati

Attn: _____        Today's Date:

Case Name: _____  Vs. _____

Owner's Telephone #: _____

I Hereby Authorize Fast Eviction Service To Charge
(Visa, MasterCard, American Express, Dis

Account #: _____  CVV Code ____

Printed Name As It Appears On Credit Card: _____

Address As It Appears On Your Credit Card Statement:

_____
Address                              City

For The Following Services When I Am Not Present:

(PLEASE CHECK ALL THAT MAY BE CHA

❏ ____  Residential Notice ($65.00 Each) All Notices Are Property Of FES

❏ ____  Commercial Notice ($85.00 Each) All Notices Are Property Of FES

❏ ___ · Process Server Fee For Northern & Central California ($15



Tuesday

Younkm

Ofhe
w.

J. 5347985

~~3671~~

Budg. 3775

Sgt. McNeal

Boxes raft
in

| Date | Amount |
|---|---|
| 12/26/2007 | 4,486.03 |
| 11/26/2007 | 4,486.03 |
| 10/26/2007 | 4,866.55 |
| 9/26/2007 | 4,444.11 |
| 8/24/2007 | 6,014.49 |
| 7/26/2007 | 6,305.73 |
| 6/26/2007 | 3,612.52 |
| 5/25/2007 | 6,440.60 |
| 4/26/2007 | 6,440.60 |
| 3/26/2007 | 6,440.60 |
| 2/26/2007 | 1,817.15 |
| 1/26/2007 | 2,746.65 |
| **2007** | **58,101.06** |

| Date | Amount |
|---|---|
| 12/26/2008 | 4,188.93 |
| 11/26/2008 | 4,188.93 |
| 10/24/2008 | 4,188.93 |
| 9/26/2008 | 6,461.37 |
| 8/26/2008 | 6,560.00 |
| 7/25/2008 | 4,854.65 |
| 6/26/2008 | 3,755.45 |
| 5/23/2008 | 3,760.66 |
| 4/25/2008 | 3,760.66 |
| 3/26/2008 | 6,532.83 |
| 2/26/2008 | 3,722.94 |
| 1/25/2008 | 5,806.67 |
| **2008** | **57,782.02** |

| Date | Amount |
|---|---|
| 12/24/2009 | 4,202.54 |
| 11/25/2009 | 4,202.53 |
| 10/26/2009 | 4,243.86 |
| 9/25/2009 | 4,243.84 |
| 8/26/2009 | 6,151.67 |
| 7/24/2009 | 6,001.56 |
| 6/26/2009 | 3,901.46 |
| 5/26/2009 | 3,917.34 |
| 4/24/2009 | 3,917.34 |
| 3/26/2009 | 4,188.93 |
| 2/26/2009 | 6,560.00 |
| 1/26/2009 | 6,022.61 |
| **2009** | **57,553.68** |

| Date | Amount |
|---|---|
| 12/23/2010 | 4,239.06 |
| 11/26/2010 | 4,239.07 |
| 10/26/2010 | 4,623.56 |
| 9/24/2010 | 4,239.07 |
| 8/26/2010 | 6,356.57 |
| 7/26/2010 | 6,560.00 |
| 6/25/2010 | 4,943.90 |
| 5/26/2010 | 3,864.56 |
| 4/26/2010 | 3,864.57 |
| 3/26/2010 | 6,546.58 |
| 2/26/2010 | 3,864.56 |
| 1/26/2010 | 5,934.74 |
| **2010** | **59,276.24** |

| Date | Amount |
|---|---|
| 12/22/2011 | 4,366.41 |
| 11/25/2011 | 4,366.40 |
| 10/26/2011 | 4,366.40 |
| 9/26/2011 | 4,366.40 |
| 8/26/2011 | 6,412.72 |
| 7/26/2011 | 5,154.87 |
| 6/24/2011 | 5,154.88 |
| 5/26/2011 | 3,983.02 |
| 4/26/2011 | 3,983.03 |
| 3/25/2011 | 3,983.02 |
| 2/25/2011 | 6,560.00 |
| 1/26/2011 | 6,204.41 |
| **2011** | **58,901.56** |

| Date | Amount |
|---|---|
| 12/26/2012 | 4,495.09 |
| 11/26/2012 | 4,489.99 |
| 10/26/2012 | 4,286.36 |
| 9/26/2012 | 4,255.57 |
| 8/24/2012 | 4,175.52 |
| 7/26/2012 | 6,513.36 |
| 6/26/2012 | 5,369.88 |
| 5/25/2012 | 4,165.69 |
| 4/26/2012 | 4,165.68 |
| 3/26/2012 | 4,165.69 |
| 2/24/2012 | 4,165.68 |
| 1/26/2012 | 4,165.69 |
| **2012** | **54,414.20** |

| Date | Amount |
|---|---|
| 12/26/2013 | 4,260.90 |
| 11/26/2013 | 4,260.90 |
| 10/25/2013 | 4,052.88 |
| 9/26/2013 | 3,943.75 |
| 8/26/2013 | 3,867.63 |
| 7/26/2013 | 4,985.54 |
| 6/26/2013 | 4,985.54 |
| 5/24/2013 | 3,854.37 |
| 4/26/2013 | 6,002.39 |
| 3/26/2013 | 4,191.01 |
| 2/26/2013 | 4,191.01 |
| 1/25/2013 | 4,735.37 |
| **2013** | **53,331.29** |

| Date | Amount |
|---|---|
| 12/26/2014 | 4,289.46 |
| 11/26/2014 | 2,516.40 |
| 10/24/2014 | 4,034.47 |
| 9/26/2014 | 3,951.14 |
| 8/26/2014 | 3,883.47 |
| 8/26/2014 | 2,676.53 |
| 7/25/2014 | 3,883.47 |
| 6/26/2014 | 3,883.48 |
| 5/23/2014 | 3,874.36 |
| 4/25/2014 | 3,874.35 |
| 3/26/2014 | 3,874.35 |
| 2/26/2014 | 3,874.36 |
| 1/24/2014 | 3,874.36 |
| **2014** | **48,490.20** |

| Date | Amount |
|---|---|
| 12/24/2015 | 4,364.59 |
| 11/25/2015 | 4,121.18 |
| 10/26/2015 | 4,025.04 |
| 9/25/2015 | 4,000.13 |
| 8/26/2015 | 3,979.31 |
| 7/24/2015 | 3,979.31 |
| 6/26/2015 | 3,979.32 |
| 5/26/2015 | 3,970.19 |
| 4/24/2015 | 6,309.06 |
| 3/26/2015 | 3,970.18 |
| 2/26/2015 | 3,970.19 |
| 1/26/2015 | 3,970.19 |
| **2015** | **50,638.69** |

| Date | Amount |
|---|---|
| 12/23/2016 | 4,250.21 |
| 11/23/2016 | 4,101.98 |
| 10/26/2016 | 4,069.05 |
| 9/26/2016 | 4,069.05 |
| 8/26/2016 | 4,032.60 |
| 7/26/2016 | 4,032.61 |
| 6/24/2016 | 4,032.60 |
| 5/26/2016 | 4,023.48 |
| 4/25/2016 | 4,029.72 |
| 3/25/2016 | 4,029.73 |
| 2/26/2016 | 4,029.72 |
| 1/26/2016 | 4,029.73 |
| **2016** | **48,730.48** |

| Date | Amount |
|---|---|
| 12/26/2017 | 4,254.41 |
| 11/25/2017 | 4,215.21 |
| 10/26/2017 | 4,207.15 |
| 9/26/2017 | 4,207.15 |
| 8/25/2017 | 4,121.19 |
| 7/26/2017 | 4,121.18 |
| 6/26/2017 | 4,121.18 |
| 5/26/2017 | 4,112.06 |
| 4/26/2017 | 4,096.90 |
| 3/24/2017 | 4,096.89 |
| 2/24/2017 | 4,112.07 |
| 1/26/2017 | 4,112.06 |
| **2017** | **49,777.45** |

| Date | Amount |
|---|---|
| 3/26/2018 | 4,385.58 |
| 2/26/2018 | 4,385.58 |
| 1/26/2018 | 4,385.58 |
| **2018** | **13,156.74** |

STATE OF CALIFORNIA - HEALTH AND HUMAN SERVICES AGENCY                                    Gavin Newsom, Governor

**CALIFORNIA DEPARTMENT OF CHILD SUPPORT SERVICES**
P.O. Box 419064, Rancho Cordova, CA 95741-9064



November 10, 2021


REBECCA DONNA BERRY
16136 VIA MADERA CIRCA W
RANCHO SANTA FE, CA 92091-4480

SUBJECT: PAYMENT HISTORY (PRIVATE CHILD SUPPORT CASE)

Per your request, we have prepared a record of payments for your private child support
case, court case number DN134660, CSE case number 200000000085001. This record
is only for payments processed through the California State Disbursement Unit for your
private child support case.

This record would not reflect any payments you may have received directly from the
non-custodial parent or the non-custodial parent's employer.

If you have any questions, please call us at 866-901-3212. Please be ready with your
Participant Identification Number: 300000000069598.


Thank you,

Child Support Representative

*Falsified a 2006*
*Submission to CSDU.*
*Though I am not*
*paired on the 1st*
*since the typing*
*of my Court Complaint.*
*if at all. I have*
*Suffered Enormously*

Page 1 of 3

BERRY, REBECCA DONNA - 300000000069598

| Date Transmitted | Method | Check / Trace Number | Amount ($) | Date Originated | Date Paid | Status |
|---|---|---|---|---|---|---|
| 11/09/2021 | DIRECT DEPOSIT | | $ 2,227.00 | | | TRANSMITTED |
| 10/06/2021 | DIRECT DEPOSIT | 091000010001779 | $ 2,227.00 | 10/07/2021 | | ISSUED |
| 09/09/2021 | DIRECT DEPOSIT | 091000010024035 | $ 2,227.00 | 09/10/2021 | | ISSUED |
| 08/19/2021 | DIRECT DEPOSIT | 091000010002510 | $ 2,227.00 | 08/20/2021 | | ISSUED |
| 06/28/2021 | DIRECT DEPOSIT | 091000010005805 | $ 2,227.00 | 06/29/2021 | | ISSUED |
| 05/27/2021 | DIRECT DEPOSIT | 091000010006831 | $ 2,227.00 | 05/28/2021 | | ISSUED |
| 04/28/2021 | DIRECT DEPOSIT | 091000010007335 | $ 2,227.00 | 04/29/2021 | | ISSUED |
| 03/29/2021 | DIRECT DEPOSIT | 091000010007405 | $ 2,227.00 | 03/30/2021 | | ISSUED |
| 03/01/2021 | DIRECT DEPOSIT | 091000010009476 | $ 2,227.00 | 03/02/2021 | | ISSUED |
| 01/27/2021 | DIRECT DEPOSIT | 091000010005378 | $ 2,227.00 | 01/28/2021 | | ISSUED |
| 12/28/2020 | DIRECT DEPOSIT | 091000010012903 | $ 2,227.00 | 12/29/2020 | | ISSUED |
| 11/30/2020 | DIRECT DEPOSIT | 091000010015799 | $ 2,227.00 | 12/01/2020 | | ISSUED |
| 10/28/2020 | DIRECT DEPOSIT | 091000010014221 | $ 2,227.00 | 10/29/2020 | | ISSUED |
| 09/28/2020 | DIRECT DEPOSIT | 091000010005998 | $ 2,227.00 | 09/29/2020 | | ISSUED |
| 08/31/2020 | DIRECT DEPOSIT | 091000010006257 | $ 2,227.00 | 09/01/2020 | | ISSUED |
| 07/29/2020 | DIRECT DEPOSIT | 091000010015976 | $ 2,227.00 | 07/30/2020 | | ISSUED |
| 07/01/2020 | DIRECT DEPOSIT | 091000010002795 | $ 2,227.00 | 07/02/2020 | | ISSUED |
| 05/28/2020 | DIRECT DEPOSIT | 091000010002377 | $ 2,227.00 | 05/29/2020 | | ISSUED |
| 04/29/2020 | DIRECT DEPOSIT | 091000010001882 | $ 2,227.00 | 04/30/2020 | | ISSUED |
| 03/27/2020 | DIRECT DEPOSIT | 091000010003648 | $ 2,227.00 | 03/30/2020 | | ISSUED |
| 03/02/2020 | DIRECT DEPOSIT | 091000010004373 | $ 2,227.00 | 03/03/2020 | | ISSUED |
| 01/27/2020 | DIRECT DEPOSIT | 091000010003267 | $ 2,227.00 | 01/28/2020 | | ISSUED |

BERRY, REBECCA DONNA - 300000000069598

| 12/30/2019 | DIRECT DEPOSIT | 091000010005048 | $ 2,227.00 | 12/31/2019 | | ISSUED |
|---|---|---|---|---|---|---|
| 11/27/2019 | CHECK | 3025182826 | $ 2,227.00 | 12/02/2019 | 12/10/2019 | PAID |
| 10/28/2019 | CHECK | 3024954881 | $ 2,227.00 | 10/29/2019 | 11/08/2019 | PAID |
| 09/27/2019 | CHECK | 3024743122 | $ 2,227.00 | 09/30/2019 | 10/07/2019 | PAID |
| 08/27/2019 | CHECK | 3024505661 | $ 2,227.00 | 08/28/2019 | 09/10/2019 | PAID |
| 07/29/2019 | CHECK | 3024290257 | $ 2,227.00 | 07/30/2019 | 08/08/2019 | PAID |
| 07/01/2019 | CHECK | 3024092551 | $ 2,227.00 | 07/02/2019 | 07/24/2019 | PAID |
| 05/28/2019 | CHECK | 3023837733 | $ 2,227.00 | 05/29/2019 | 06/11/2019 | PAID |
| 04/29/2019 | CHECK | 3023627677 | $ 2,227.00 | 04/30/2019 | 05/07/2019 | PAID |
| 03/28/2019 | CHECK | 3023394510 | $ 2,227.00 | 03/29/2019 | 04/05/2019 | PAID |
| 03/13/2019 | CHECK | 3023290144 | $ 2,227.00 | 03/14/2019 | 03/21/2019 | PAID |
| 02/28/2019 | CHECK | 3023187040 | $ 2,227.00 | 03/01/2019 | | VOID |